Judge Berman

08 CV 5147

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRESH TO DEATH, LLC,

                        Plaintiff,                  Civil Action No. _____

    - against -

SHYANG HO FOOTWEAR LTD.,
                      Defendant.
-----------------------------------------------------------x

RULE 7.1 STATEMENT

RECEIVED JUN 0 4 2008 U.S.D.C. S.D.N.Y. CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Shyang Ho Footwear Ltd., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  none.

Dated: New York, New York
       June 4, 2008

                                                  _____
                                                  Blair C. Fensterstock
                                                  Attorney Bar Code: 2020