UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

FRESH TO DEATH, LLC,

               Plaintiff,

    v.

SHYANG HO FOOTWEAR CO., LTD.,

               Defendant.

CIVIL ACTION No. 08-5147

SHYANG HO FOOTWEAR CO., LTD.,

               Counterclaim Plaintiff,

    v.

FRESH TO DEATH, LLC,

               Counterclaim Defendant,

and

ENDURANCE, LLC,

               Additional Counterclaim
               Defendant.

## <u>ANSWER, COUNTERCLAIM AND JURY DEMAND</u>

Defendant Shyang Ho Footwear Co., Ltd. answers as follows in response to the

numbered allegations set forth in Plaintiff Fresh to Death, LLC's Complaint:

## <u>ANSWER</u>

1.    Defendant admits the allegations of Paragraph 1 as regards Plaintiff's current address, but

lacks sufficient information to either admit or deny as to "all relevant times."

2.      Defendant admits that Plaintiff is in the business of distributing footwear (among other things), but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 2 and therefore denies the same.

3.      Defendant admits the allegations of Paragraph 3.

4.      Defendant admits the allegations of Paragraph 4.

5.      Defendant admits that on or about February 23, 2007, Plaintiff placed an order with Defendant for the manufacture of 1816 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $28,529.36 for shipment to Plaintiff in the United States.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 5 and therefore denies the same.

6.      Defendant admits that on or about March 5, 2007, Plaintiff placed an order with Defendant for the manufacture of 2700 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $42,417.00 for shipment to Plaintiff in the United States.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6 and therefore denies the same.

7.      Defendant admits that on or about March 8, 2007, Plaintiff placed an order with Defendant for the manufacture of 1800 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $28,278.00 for shipment to Plaintiff in the United States.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 7 and therefore denies the same.

8.      Defendant admits that on or about March 13, 2007, Plaintiff placed an order with Defendant for the manufacture of 2412 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $37,892.52 for shipment to

Plaintiff in the United States. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 8 and therefore denies the same.

9.      Defendant admits that on or about March 13, 2007, Plaintiff placed an order with Defendant for the manufacture of 1800 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $28,278.00 for shipment to Plaintiff in the United States. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 and therefore denies the same.

10.     Defendant admits that on or about May 7, 2007, Plaintiff placed an order with Defendant for the manufacture of 1784 units of sneakers known as "Royal Court Bomb Pop Prokeds," which Defendant agreed to manufacture for the price of $28,0226.64 for shipment to Plaintiff in the United States. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 10 and therefore denies the same.

11.     Defendant admits that Plaintiff and Defendant agreed on specifications for the finished Royal Court Bomb Pop Prokeds and that the finished product would match said specifications and tolerances. Defendant admits that the finished product would be manufactured and shipped according to an agreed schedule. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 11 and therefore denies the same.

12.     Defendant admits that it agreed to furnish Royal Court Bomb Pop Prokeds prototype and early production sneakers to Plaintiff. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 12 and therefore denies the same.

13.     Defendant admits the allegations of Paragraph 13.

B3081863.2                                    - 3 -

14.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 and therefore denies the same.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 and therefore denies the same.

16.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and therefore denies the same.

17.    Defendant admits that some sneakers were shipped directly to customers of Plaintiff. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 17 and therefore denies the same.

18.    Paragraph 18 contains conclusions of law to which no response is required; to the extent a response is required, Defendant denies those allegations.

19.    Paragraph 19 contains conclusions of law to which no response is required; to the extent a response is required, Defendant denies those allegations.

20.    Paragraph 20 contains conclusions of law to which no response is required; to the extent a response is required, Defendant denies those allegations.

21.    Paragraph 21 contains conclusions of law to which no response is required; to the extent a response is required, Defendant denies those allegations.

<u>**AFFIRMATIVE DEFENSES**</u>

As affirmative defenses, Defendant states as follows:

<u>**FIRST**</u>

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

<u>**SECOND**</u>

2.    Plaintiff's own actions place it in breach of certain provisions of contracts with the Defendant, and by reason of these breaches of contract, Defendant has been excused of its duties to perform any obligations set forth in any such purported contract.

### THIRD

3.    Plaintiff's claims are barred in whole or in part by Plaintiff's failure to mitigate its alleged damages.

### FOURTH

4.    Plaintiff's claims are barred in whole or in part by the doctrine of laches.

### FIFTH

5.    Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

### SIXTH

6.    Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

### SEVENTH

7.    Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

WHEREFORE, Defendant respectfully requests that the Court deny all relief sought by Plaintiff, enter judgment in favor of Defendant and against Plaintiff on Plaintiff's Complaint and award to Defendant such relief as this Court deems just.

### COUNTERCLAIMS

Counterclaim Plaintiff Shyang Ho Footwear Co., Ltd. ("Shyang Ho"), as and for its counterclaim against Fresh to Death, LLC ("Fresh to Death") and Endurance, LLC ("Endurance"), states as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      This is a civil action for damages, injunctive relief, and declaratory relief pursuant to 28

U.S.C. § 2201.

2.      This court has jurisdiction under 28 U.S.C. § 1332, as the amount in dispute exceeds

$75,000, exclusive of interest and costs, and the Counterclaim Plaintiff is a citizen of a foreign

state and Counterclaim Defendants are citizens of New York.

3.      This court has personal jurisdiction over the Counterclaim Defendants, and venue in this

district is proper under 28 U.S.C. § 1391 in that the acts complained of herein occurred or

impacted this district.

<u>**PARTIES**</u>

4.      Counterclaim Plaintiff Shyang Ho Footwear Co., Ltd. is a Taiwan manufacturing

company organized under the laws of The Republic of China.

5.      Shyang Ho had, for all times relevant to this Complaint, and continues to have its

principal place of business in Hong Kong, China.

6.      Counterclaim Defendant Endurance, LLC is a New York Corporation which has places

of business in New York and Georgia.

7.      Counterclaim Defendant Fresh to Death, LLC is a New York Corporation which has

places of business in New York and Georgia.

8.      At all times relevant to these Counterclaims, for purposes of dealing with Shyang Ho,

Endurance and Fresh to Death were a single enterprise, and Shyang Ho is entitled to treat the

companies as a single Counterclaim Defendant.[1]

---

[1] Plaintiff's Complaint names only Fresh to Death as Plaintiff.  Defendant's Counterclaims treat Endurance and
Fresh to Death as a single entity.  For purposes of its Counterclaims, Defendant will use the singular "Counterclaim-
Defendant" or "Endurance/Fresh to Death," but will refer separately to Endurance, LLC and Fresh to Death, LLC
where necessary.

9.      Endurance and Fresh to Death share an owner in common, operate out of the same suite of offices at 530 Seventh Avenue, New York, New York, share employees on said premises, with each company paying a portion of those employees' salaries, and share at least one salesperson.  See Affidavit of Tom Nastos, paragraphs 19-20, attached hereto as Exhibit A.

10.     All e-mail communication between Shyang Ho and Endurance/Fresh to Death regarding the delayed payments was done through Endurance's e-mail addresses.  See e-mails attached hereto as Exhibit B (showing Counterclaim Defendant's employees' e-mails "@endurance1914.com").

11.     Shyang Ho frequently communicated with Endurance/Fresh to Death through cross-titled employees.  See, e.g. Exhibit B (showing "Samantha Huang, Accounts Payable, Endurance LLC/Fresh to Death LLC").

12.     The footwear manufactured by Shyang Ho is warehoused in Georgia at a warehouse belonging to Endu-Logistics, LLC, a company organized by Endurance, LLC.  See Exhibit C, attached hereto (e-mail from Michael Deutsch regarding inspection at "Endu-Logistics" warehouse); Exhibit D, attached hereto (business information provided by Georgia Secretary of State).

13.     Shyang Ho's demand letter for payment of past due invoices, attached hereto as Exhibit E, was addressed to Endurance, LLC.  Michael Deutsch responded to that letter on behalf of Endurance, said e-mail attached hereto as Exhibit F, and noted that "Endurance and your client, Shyang Ho Footwear Co., Ltd. have been doing business for the last three years…  It is Endurance's intention to pay all monies that are legitimately past due and owing to all factories in the very near future, but we can not be threatened in terms of unreasonable time constraints."

## COUNT ONE
### BREACH OF CONTRACT

14.    Shyang Ho incorporates by reference each and every allegation contained in each paragraph above.

15.    Beginning in 2004, Shyang Ho supplied footwear to Endurance/Fresh to Death under agreed payment terms, satisfied by letters of credit.  Copies of sample purchase orders from Endurance/Fresh to Death to Shyang Ho are appended hereto as Exhibit G.

16.    Beginning on or about November 29, 2006, Shyang Ho repeatedly notified Endurance/Fresh to Death that its payments were seriously late.  Despite these notices, Endurance/Fresh to Death continued to accrue significant outstanding obligations to Shyang Ho. Copies of these notices are appended hereto as Exhibit B.

17.    By April 2007, Endurance/Fresh to Death's outstanding balance owed to Shyang Ho exceeded $400,000.00.  In response to repeated inquiries from Shyang Ho, Endurance/Fresh to Death assured Shyang Ho by e-mail that payment was forthcoming and that arrangements were being made with Endurance/Fresh to Death's bank to effectuate payment.  A copy of this e-mail is appended hereto as Exhibit H.

18.    In reliance on these assurances, Shyang Ho continued to supply footwear to Endurance/Fresh to Death, while continuing to demand payment for prior deliveries.  In response, Endurance/Fresh to Death continued to promise payment and proposed multiple payment schedules, none of which were followed.  Copies of these schedules are appended hereto as Exhibit I.

19.    On October 20, 2007, Shyang Ho notified Endurance/Fresh to Death of its demand for prompt payment of the $469,560.75 outstanding balance, consisting of $268,614.58 due for orders shipped to Endurance/Fresh to Death, and an additional $200,946.17 in debit notes owed

to Shyang Ho by Endurance/Fresh to Death.  A copy of the demand letter is appended hereto as Exhibit E.  No payment was made in response to this notice

20.    More than thirteen months have passed since Shyang Ho's initial demand for payment. More than seven months have passed since Shyang Ho's demand letter, and Endurance/Fresh to Death has not paid any of the balance due to Shyang Ho.

21.    Over the past nine months, Endurance/Fresh to Death has asserted no valid legal reason or defense as to why the outstanding obligations should not have been paid to Shyang Ho when they were initially due.  While Endurance/Fresh to Death now seeks credits for certain allegedly defective product, even if all those credits were granted, Endurance/Fresh to Death would still owe Shyang Ho at least $369,560.75.

22.    By wrongly fully withholding payments owed to Shyang Ho, Endurance/Fresh to Death has breached the terms of its contracts with Shyang Ho.

23.    As a result of Endurance/Fresh to Death's breach, Shyang Ho has suffered harm, including substantial damages.

## COUNT TWO
### BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

24.    Counterclaim Plaintiff incorporates by reference each and every allegation contained in each paragraph above.

25.    Endurance/Fresh to Death's promises to pay and subsequent failures to make any payments to Shyang Ho when those payments were due, as described above, constitutes an ongoing breach of the implied covenant of good faith and fair dealing found in every contract, including the contracts between Shyang Ho and Endurance/Fresh to Death, which contracts are evidenced by purchase orders and an extended course of dealing.

26.    As a result of this breach, Shyang Ho has suffered harm, including substantial damages.

**COUNT THREE**
**MISREPRESENTATION**

27.     Counterclaim Plaintiff incorporates by reference each and every allegation contained in each paragraph above.

28.     At various times, Endurance/Fresh to Death represented to Shyang Ho that it would pay the outstanding obligations pursuant to a proposed payment schedule.  Endurance/Fresh to Death has an obligation to Shyang Ho to be truthful in such statements.

29.     However, those representations were false, as Shyang Ho did not receive payment according to the proposed schedules, and has not received any payment of the outstanding obligations to date.

30.     As a result of these misrepresentations, Shyang Ho has suffered harm, including substantial damages.

**COUNT FOUR**
**NY GBL SEC. 349(A) AND (H)**

31.     Counterclaim Plaintiff incorporates by reference each and every allegation contained in each paragraph above.

32.     By knowingly and/or willfully failing to pay amounts due to Shyang Ho under the purchase orders in hopes of securing more favorable payment terms, and by knowingly and/or willfully making false promises to pay to encourage Shyang Ho to continue manufacturing footwear for Endurance/Fresh to Death despite its mounting unpaid obligations, Endurance/Fresh to Death has engaged in unfair and deceptive business practices.

33.     Endurance/Fresh to Death has engaged in business, trade or commerce within the meaning of NY GBL Sec. 349(a) through its dealings with Shyang Ho.

34.     Endurance/Fresh to Death's use of unfair and deceptive trade practices was a willful or knowing violation of NY GBL Sec. 349(a) and (h).

B3081863.2                                    - 10 -

35.    Endurance/Fresh to Death should be held liable to Shyang Ho for multiple damages and attorneys' fees incurred in collecting the amounts due it.


WHEREFORE, Shyang Ho prays judgment against Endurance/Fresh to Death as follows:

1.    For damages in the amount of at least $75,000;

2.    For Shyang Ho's costs in this action;

3.    For Shyang Ho's reasonable attorneys' fees in bringing and prosecuting this action;

4.    For multiple damages; and

5.    For such other and further relief as the Court may deem just and proper.

### JURY DEMAND

Defendant/Counterclaim Plaintiff Shyang Ho demands a trial by jury on all counts so triable.


Shyang Ho Footwear Co., Ltd.,

By its attorneys,


/s/ Blair C. Fensterstock
Blair C. Fensterstock (BF-2020)
FENSTERSTOCK & PARTNERS LLP
30 Wall Street
New York, NY 10005
(212) 785-4100


Dated:  June 11, 2008

B3081863.2

**Exhibit A:** Affidavit of Tom Nastos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 MAY -3  A 11: 43

... ... OF COURT
... MASS.

-----------------------------------------------x

SHYANG HO FOOTWEAR CO., LTD.,

PLAINTIFF,          CIVIL ACTION NO. 08-10312

v.

ENDURANCE, LLC d/b/a Fresh To
Death, LLC,

DEFENDANT.

-----------------------------------------------x


**AFFIDAVIT OF TOM NASTOS IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FOR LACK OF CLAIM AND FOR LACK
OF PERSONAL JURISDICTION**


STATE OF NEW YORK   )
                    ) ss:
NEW YORK COUNTY     )

TOM NASTOS, being duly sworn, deposes and says:

1. Your Affiant makes this Affidavit in support of the within motion by the Defendant

to dismiss the complaint filed herein on the grounds that:

a) that there is a lack of personal jurisdiction in this case because the required minimum

contacts with Massachusetts are lacking;

b) the Plaintiff lacks a bona fide claim upon which suit may be founded because the

Plaintiff never did business with the Defendant in this case;

c) there exists a pre-existing law suit in Supreme Court for the State of New York

between the Plaintiff in this action and Fresh-To-Death, LLC involving exactly the same contract claim which the Plaintiff seeks to advance in the instant case;

     d) The Defendant engaged in no deceptive or unfair practices with respect to the Plaintiff and certainly no deceptive or unfair practices ever took place within Massachusetts so that the Plaintiff has no claim whatsoever pursuant to M.G.L.A. 93A §11.

     2. Your Affiant functions as the Operating Member for the limited liability company "Endurance, LLC" (hereinafter "Endurance") and also for the separate and distinct limited liability company known as "Fresh-To-Death, LLC" (hereinafter "Fresh To Death") and is personally familiar with the facts and events set forth herein.

     3. The Plaintiff brings a claim allegedly based upon a contract or contracts for the production of footwear.

     4. The contracts were between the Plaintiff and Fresh To Death as is shown by the purchase orders attached as Exhibit 1 hereto. These purchase orders are put forward by the Plaintiff in its complaint (at Exhibit A) as the foundation for this action.

     5. Every one of these purchase orders was between Plaintiff and Fresh To Death. Not one of these purchase orders was between Plaintiff and Endurance! This was because Plaintiff never contracted with Endurance to manufacture and supply anything.

     6. Moreover, these purchase orders were between Plaintiff which was located in Dis. Pin-Chou Town, Nan-Hai Cntry Guang Dong Province, China and Fresh To Death which was located at 530 7th Avenue, New York, New York. The footwear produced by the Plaintiff was shipped to RD Simpson, Inc., 55 Zena Drive, Cartersville, Georgia and/or to CJ Logistics which is located at 17 Empire Blvd., Hackensack, New Jersey as shown from the face of the purchase orders themselves. All payments against these purchase orders was made by letter of

credit drawn by Fresh To Death as shown at Exhibit 2 hereto.

7. Neither Plaintiff nor Fresh To Death were located in Massachusetts with respect to these purchase orders or any other aspect of their business relationship.

8. These purchase orders or any business relationship which the Plaintiff had with Fresh To Death was established outside the State Of Massachusetts.

9. Neither Fresh To Death nor Endurance ever had an office in Massachusetts.

10. Endurance is a limited liability company formed under the laws of the State of New York. Endurance was formed and commenced doing business at September 14, 2001. A copy of the limited liability company certificate of formation and Articles Of Organization filed by Endurance appears at Exhibit 3 hereto. Endurance does not use a "d/b/a" name and "Fresh To Death, LLC" is not a d/b/a and is not used as a "d/b/a."

11. Fresh To Death is a limited liability company formed under the laws of the State of New York. Fresh To Death was formed and commenced doing business at May 13, 2004. A copy of the limited liability company certificate of formation and Articles Of Organization filed by Fresh To Death appears at Exhibit 4 hereto. Fresh To Death does not use a "d/b/a" name and "Endurance, LLC" is not a d/b/a and is not used as a "d/b/a."

12. At all times from their respective formations , Endurance "Endurance") and Fresh To Death (hereinafter "Fresh To Death") have been separate and distinct entities involved in different businesses.

13. Each of these entities has its own operating agreement. A copy of the Operating Agreement of Endurance appears at Exhibit 5 hereto. A copy of the Operating Agreement of Fresh To Death appears at Exhibit 6 hereto.

14. Endurance engages **only** in the business of designing, producing and selling apparel. It

does not, and has not, sold footwear.

15. Fresh To Death engages **only** in the business of designing, producing and selling footwear. It does not sell apparel. At one time it investigated the sale of apparel but abandoned the attempt.

16. Each company has its own distinct license agreements and branded products.

17. Endurance and Fresh To Death each file separate and independent tax returns.

18. Endurance and Fresh To Death each have their own separate and independent bank account and each has its own separate and independent factoring agreement by which its respective business is conducted.

19. With the exception of one salesperson, the salespersons of for Endurance work only for Endurance and the sales team of Fresh To Death works only on sales for Fresh To Death.

20. Both Endurance and Fresh To Death utilize the same premises in New York City at 530 Seventh Avenue, New York, New York, and they share some of the same employees on the premises with each company paying a portion of those employees' salaries. There are a few officers, such as your Affiant, who perform functions for each company. But, these are the only connections. Each company, with the exception of your Affiant, has different members/owners.

21. Fresh To Death sells its footwear on a national basis but only about .1 per cent (approximately $45,000.00 of $45,000,000 gross over four years)  of its footwear sales reach stores in the state of Massachusetts.

22. As already been noted, Endurance has never made any contracts with Plaintiff, and the repeated allegations made in the complaint in this action that Plaintiff supplied footwear to Endurance are false. Plaintiff supplied footwear to Fresh To Death, not Endurance, and any dispute which the Plaintiff might have is with Fresh To Death alone which has not been sued in

this case.

23. Endurance does not owe any money to Plaintiff as it never contracted with Plaintiff for the production of footwear or anything else. If this Court, arguendo, finds that Fresh To Death has in fact actually been sued and is a Defendant in this case, Freash To Dath does not owe any money either to the Plaintiff.

24. The Court's attention is respectfully drawn to the point that pursuant to contracts entered into between Fresh To Death and the Plaintiff, the Plaintiff manufactured and shipped footwear which was materially non-conforming with the specifications established for the manufacture of such footwear and with samples provided to Fresh To Death by the Plaintiff upon which extensive sales were made by Fresh To Death to its customers. Because the footwear goods as produced and delivered by the Plaintiff were materially non-conforming, the customers of Fresh To Death to which the footwear had been sold either refused to take delivery or made returns of goods in a quantity which has resulted in a loss and damages to Fresh To Death of approximately $620,000.00.

25. More specifically, the Plaintiff contracted to supply approximately 12,000 pair of sneakers of a special design with clear soles. But the footwear, when delivered, had yellow to orange colored soles which were distinctly different from the approval sample and sales sample earlier provided by the Plaintiff to Fresh To Death and entirely unacceptable to the customers who had bought these goods on the basis of the sales samples.

26. During the late summer and fall of 2007, Fresh To Death notified Plaintiff of the serious non-conformity problem, of Fresh To Death's resulting inability to sell the non-conforming footwear, and that Fresh To Death was entitled to charge back the costs of the footwear to the Plaintiff.

27. The notification by Fresh To Death to Plaintiff of the non-conformity problem and subsequent correspondence relating to such non-conformity problem and the demands by the Plaintiff, notwithstanding the problem, for payment in full were all done by eMail between the Plaintiff in Taiwan and the Defendant in New York City, New York. None of this correspondence took place in the State of Massachusetts.

28. On November 14, 2007, Yayo Ye, an officer of the Plaintiff, acknowledged the existence of the non-conformity problem, admitted the Plaintiff's mistake and failure to produce the proper goods and apologized to the Plaintiff. Mr. Ye said:

> We really understand that there are difficulties selling those shoes with yellowed ice outsoles, here we truly express our great sorry. And we will look for better factory to handle such outsoles.

Please see the eMail at Exhibit 6 hereto. It is to be noted that a copy of this eMail was sent to Paul Tseng who your Affiant understands to be the owner of the Plaintiff and to Sam Sun who your Affiant understands to be the chief financial officer of the Plaintiff.

29. In the fall of 2007, the Plaintiff was being represented by Colin J. Zick, Esq. of Foley Hoag LLP who was, your Affiant understands, responsible for the drafting and bringing of the instant law suit. Said Colin J. Zick, Esq. signed the complaint in the instant case. Apart from the Plaintiff's having actual knowledge that there was a major problem with the goods which had been produced and delivered and that Plaintiff was obliged to take the goods back or write them off, Fresh To Death, in response to a letter demanding payment to Plaintiff for the non-conforming goods, repeatedly reminded said Colin J. Zick, Esq. of the seriousness of the non-conformity problem and of the claim which Fresh To Death had under its contract(s) with Fresh To Death against the Shyang Ho Footwear Ltd. In fact, after Mr. Zick had been reminded of the non-conformity problem, an inspection of a number of the non-conforming footwear

produced and shipped by the Plaintiff was arranged by Fresh To Death and conducted by a representative of the Plaintiff at a warehouse in Cartersville, Georgia on January 9, 2008, more than one month before the instant action was commenced in this Court. Please see eMails confirming the proposed inspection at Exhibit 8 hereto. Thereafter, Colin J. Zick, Esq. acknowledged to Fresh To Death his understanding that there was a big non-conformity problem.

30. When Shyang Ho Footwear, Ltd. did not appear to be willing to respond in good faith to the demand of Fresh To Death for a credit equal to the value of the non-conforming footwear and for the loss to Fresh To Death of profits on the sales which it had made, Fresh To Death commenced an action in Supreme Court of the State Of New York, New York County on December 7, 2007 against the Plaintiff. The name of this action in Supreme Court, New York is: Fresh To Death, LLC v. Shyang Ho Footwear Co., Ltd., index no. 604022/2007. Your Affiant is advised by counsel that because Shyang Ho Footwear Co., Ltd. did not have an office in the United States and no treaty for service existed between the United States and Taiwan, special provision had to be made under Letters Rogatory to make service upon Shyang Ho Footwear Co., Ltd. in Taiwan, Republic Of China.

31. The pending law suit in Supreme Court, New York arises out of exactly the same contract(s) which the Plaintiff bases its claim upon in the instant action in this Court. A copy of the complaint in said New York lawsuit appears at Exhibit 8 hereto.

32. Your Affiant is informed by counsel, that said Colin J. Zick, Esq. and the Plaintiff had ample knowledge of the existence of an affirmative defense and sizable counterclaim (one that now amounts to about $620,000.00) against the Plaintiff which would bar the Plaintiff from obtaining a judgment for the claim alleged in the complaint. Nonetheless, said Colin J. Zick, Esq.

and Foley Hoag, LLP determined to go ahead anyway and prosecute this action. Your Affiant is further informed by counsel that in addition to basing its claim upon the contract with Fresh To Death, the Plaintiff, with knowledge of its own default, invoked a Massachusetts statute that allows for a finding of extra damages and attorneys' fees because of "unfair business practices" engaged in by the Defendant. Your Affiant is further informed by counsel that the effort on the part of Defendant to try to obtain through discussion the recognition by the Plaintiff of the fact that Plaintiff failed in its duty under its contract with consequent damage to the Defendant would not consitute an "unfair business practice."Moreover, the instant suit, if the claims therein were in fact valid, was nonetheless brought against the wrong entity.

33. Your Affiant respectfully requests that this Court make an order granting dismissal of the complaint in its entirety because this Court lacks personal jurisdiction, because the Defendant never entered into a contract with the Plaintiff, because there existed and exists a pre-existing law suit in New York State covering the same basis upon which the instant suit is founded and because certain of the claims and allegations in the instant suit were not invoked appropriately.

WHEREFORE, it is prayed that an order be made granting dismissal of the complaint in this action on one or more of the grounds set forth above.

TOM NASTOS

Sworn to before me this 4th day

of April, 2008

Notary Public, State Of New York

No. 02RA6038253

B3081863.2

**Exhibit B:** E-mails notices of delayed payments

From: Slosberg, Tom
Sent: Thursday, August 17, 2006 11:49 AM
To: Jones, Merrick; Neville, Shawn
Cc: Chang, Richard
Subject: Fw: ShyangHo payments


Merrick,  do you think paul can live with the schedule below?


-----Original Message-----
From: Robert Luo <robert.luo@endurance1914.com>
To: Slosberg, Tom <Tom_Slosberg@StrideRite.com>; Dale Dickinson
<dale@endurance1914.com>
CC: Jennifer Shen <jennifer.s@endurance1914.com>; Samantha Huang
<samantha@endurance1914.com>; Melissa Chorzepa
<melissa@endurance1914.com>; Tom Nastos <tom.nastos@endurance1914.com>
Sent: Thu Aug 17 11:42:41 2006
Subject: FW: ShyangHo payments


Tom S, Dale,


Total due to Shyang Ho and Nam Po is as follows

```
Total as 8/16/06
        1,763,688.80



Our payment schedule is to pay:



8/17/2006
        393,720.00

8/25/2006
        230,140.80

9/1/2006
        413,535.60

9/8/2006
        372,543.10

9/15/2006
        132,992.80

9/22/2006
        214,314.00

9/29/2006
        6,442.50
```

Please let the factory verify.


To clarify the future payment terms, in case we need to pay by t/t, we
will pay in 10 days after we receive the goods. Please confirm.

Regards.


Robert

---

From: Samantha Huang
Sent: Thursday, August 17, 2006 10:54 AM
To: Robert Luo; Jennifer Shen
Subject: RE: ShyangHo payments




Samantha Huang

Accounts Payable

Endurance LLC/ Fresh To Death LLC

(P) 917-661-4557

(F) 212-719-2507

---

From: Robert Luo
Sent: Thursday, August 17, 2006 8:40 AM
To: Slosberg, Tom
Cc: Jennifer Shen; Samantha Huang; Tom Nastos
Subject: RE: ShyangHo payments


Tom S,


I will give a reply today.


Jennifer, Samantha,


Let's work on this in the morning.



Robert

3

From: Slosberg, Tom [mailto:Tom_Slosberg@StrideRite.com]
Sent: Thursday, August 17, 2006 6:18 AM
To: Robert Luo
Subject: Fw: ShyangHo payments
Importance: High


This is serious.  Factory says magic samples will not go out unless 700k
june owed is paid


-----Original Message-----
From: Chang, Richard <Richard_Chang@StrideRite.com>
To: Slosberg, Tom <Tom_Slosberg@StrideRite.com>;
(tom.nastos@endurance1914.com) <tom.nastos@endurance1914.com>
CC: (dale@endurance1914.com) <dale@endurance1914.com>;
paul@shyangho.com <paul@shyangho.com>; Jones, Merrick
<Merrick_Jones@StrideRite.com>
Sent: Thu Aug 17 02:01:28 2006
Subject: ShyangHo payments

Hi Tom,

We have a very serious problem regarding payments to ShyangHo. Paul has
been very patient with Endurance and has made every effort to work with
you on the delayed payments. However, he has advised me that all
sampling (including MAGIC) and production (all orders) will be stopped
this Friday unless he receives a clear answer as to when he will be
receiving the remainder that is owed to him. Currently, Endurance owes
about $1.5 million for the month of June - middle of July. NamPo is owed
about $300,000. Paul would like to receive the amount owed to his
factory and NamPo to cover for the months of June and some of July.

He is constantly having his team work non-stop to make all the samples
we need each and every month and has at times, pushed out other
customers to clear space in his sample room for us. He's been a very
good partner to us and this delayed payment situation has put all in a
very bad position.

Please provide Paul with a clear answer regarding payment so we can
ensure that all samples and orders do not get delayed.

Thanks,
Rich

 <<Pro-Keds Outstanding List0816 .xls>>

4

## OUTSTANDING STATEMENT - PRO-KEDS AS OF AUG 16, 2006

| FACTORY | L/C NO. or OPEN A/C | INVOICE | INVOICE DATE | PO# | ETD | AMOUNT | BILLS NEG. DATE | PAYMENT SCH. |
|---|---|---|---|---|---|---|---|---|
| SH | OPEN A/C | RL-060732 | 6/1/2006 | 419, 420, 421, 427, 422 | 6/18/2006 | 225,120.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060732B | 6/1/2006 | 423, 428, 429 | 6/18/2006 | 35,400.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060888B | 6/6/2006 | 464 | 6/18/2006 | 23,040.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060732A | 6/14/2006 | 431 | 6/18/2006 | 92,160.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060732E | 6/14/2006 | 465 | 6/18/2006 | 7,020.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060732C | 6/1/2006 | 437 | 6/20/2006 | 10,980.00 | -- | 8/17/2006 |
| SH | OPEN A/C | RL-060733 | 6/1/2006 | 446, 450 | 6/25/2006 | 25,020.00 | -- | 8/25/2006 |
| SH | OPEN A/C | SH-060763 | 6/1/2006 | 434, 435, 459 | 6/25/2006 | 55,416.00 | -- | 8/25/2006 |
| SH | OPEN A/C | SH-060764 | 6/1/2006 | 424, 425, 426, 430, 447, 448, 449 | 6/25/2006 | 54,468.00 | -- | 8/25/2006 |
| SH | OPEN A/C | SH-060765B | 6/1/2006 | 462, 463 | 7/3/2006 | 38,212.80 | -- | 8/25/2006 |
| SH | OPEN A/C | SH-060888A | 6/1/2006 | 523 | 7/5/2006 | 57,024.00 | -- | 8/25/2006 |
| SH | OPEN A/C | SH-060768 | 7/1/2006 | 472, 479, 480, 481, 483, 548, 549, 550 | 7/9/2006 | 74,011.60 | -- | 9/1/2006 |
| SH | OPEN A/C | RL-060774 | 7/1/2006 | 477, 478 | 7/9/2006 | 44,996.00 | -- | 9/1/2006 |
| SH | OPEN A/C | SH-060765 | 7/1/2006 | 451, 452, 453, 458 | 7/10/2006 | 125,685.60 | -- | 9/1/2006 |
| SH | OPEN A/C | RL-060765A | 7/1/2006 | 456, 457, 454, 455 | 7/10/2006 | 96,960.00 | -- | 9/1/2006 |
| SH | OPEN A/C | SH-060772A | 7/1/2006 | 486, 487, 488, 489, 490, 491, 492, 493, 494, 495, 503, 504 | 7/10/2006 | 58,022.40 | -- | 9/1/2006 |
| SH | OPEN A/C | RL-060775 | 7/1/2006 | 413 | 7/10/2006 | 13,860.00 | -- | 9/1/2006 |
| SH | OPEN A/C | SH-060771 | 7/1/2006 | 483, 484, 485, 471 | 7/16/2006 | 158,512.00 | -- | 9/8/2006 |
| SH | OPEN A/C | SH-060777 | 7/1/2006 | 510, 512, 513, 514 | 7/16/2006 | 40,365.60 | -- | 9/8/2006 |
| SH | OPEN A/C | RL-060800 | 7/1/2006 | 473, 476, 482, 502 | 7/16/2006 | 74,605.50 | -- | 9/8/2006 |
| SH | OPEN A/C | SH-060770 | 7/1/2006 | 553 | 7/17/2006 | 32,400.00 | -- | 9/8/2006 |
| SH | OPEN A/C | SH-060773 | 7/1/2006 | 471, 474 | 7/23/2006 | 66,660.00 | -- | 9/15/2006 |
| SH | OPEN A/C | RL-060823A | 7/19/2006 | RU1044-176, 473, 475 | 7/22/2006 | 3,720.00 | -- | 9/15/2006 |
| SH | OPEN A/C | SH-060776 | 7/1/2006 | 509 | 7/23/2006 | 25,420.00 | -- | 9/15/2006 |
| SH | OPEN A/C | RL-060802 | 7/1/2006 | 518, 519, 520, 521, 522 | 7/23/2006 | 103,852.80 | -- | 9/15/2006 |
| SH | OPEN A/C | SH-060774 | 7/1/2006 | 515, 516, 517, 525, 526, 527, 528, 529, 551, 552 | 7/30/2006 | 172,734.00 | -- | 9/22/2006 |
| SH | OPEN A/C | RL-060803 | 7/1/2006 | 556 | 7/30/2006 | 41,580.00 | -- | 9/22/2006 |
| SH | OPEN A/C | SH-060778 | 7/25/2006 | 575, 576, 577, 578, 579, 580, 626 | 8/5/2006 | 6,442.50 | -- | 9/29/2006 |

**Total:** 1,763,688.80

| | |
|---|---|
| 8/17/2006 | 393,720.00 |
| 8/25/2006 | 230,140.80 |
| 9/1/2006 | 413,535.60 |
| 9/8/2006 | 372,543.10 |
| 9/15/2006 | 132,992.80 |
| 9/22/2006 | 214,314.00 |
| 9/29/2006 | 6,442.50 |
| Total as 8/16/06 | 1,763,688.80 |

| | |
|---|---|
| **From:** | (SH-H40) Kimmy Liu |
| **Sent:** | Wednesday, January 03, 2007 4:31 AM |
| **To:** | 'Connie Kong' |
| **Cc:** | Jennifer Shen; Melissa Chorzepa; (SH-H10) Paul Tseng; Endurance / Merrick_Jones |
| **Subject:** | RE: Nov/30 The Updated Outstanding List |
| **Follow Up Flag:** | «Ý³B²z |
| **Flag Status:** | Red |
| **Attachments:** | Pro-Keds Outstanding List .xls |

Hi Connie,

Confirmed our receipt of remittance $139,285.60 with many thanks!

Enclosed, please find the updated outstanding list and confirm your payment schedule A.S.A.P.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, December 30, 2006 1:33 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Melissa Chorzepa; (SH-H10) Paul Tseng; Endurance / Merrick_Jones
**Subject:** RE: Nov/30 The Updated Outstanding List

Hi Kimmy:

The bank will process T/T payment for $139,285.60 today. Please confirm when you receive it. Thanks.

Happy New Year!
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Monday, December 18, 2006 9:11 PM
**To:** Connie Kong
**Cc:** Jennifer Shen; Melissa Chorzepa; (SH-H10) Paul Tseng; Endurance / Merrick_Jones
**Subject:** RE: Nov/30 The Updated Outstanding List

Dear Connie,

Pls advise if you have made the remittance $139,285.60 (scheduled pay-date Dec/08) to us?

Meanwhile, based on our agreement as below, please remit the 1st payment $15,240.00 for PO#741 as well.
1. 2 weeks after ship date- T/T payment of 30% of total PO is paid to the factory.
2. Upon receipt of goods – the balance 70% of each PO is made T/T payment to the factory.

With regards,

Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Thursday, December 14, 2006 10:41 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Melissa Chorzepa; (SH-H10) Paul Tseng
**Subject:** RE: Nov/30 The Updated Outstanding List

Dear Kimmy:

Sorry for delay, we are working on renew contract with **our factor** so that the bank will delay of T/T payment. Please wait for two more days. We try to push the bank send out your T/T payment ASAP.

Regards,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Thursday, December 14, 2006 4:41 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; Melissa Chorzepa; (SH-H10) Paul Tseng
**Subject:** RE: Nov/30 The Updated Outstanding List

Dear Connie,

Please confirm and send the cable receipt if you have made the remittance on Dec/8 as scheduled.

Rgds,

Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, December 01, 2006 12:55 AM

1/22/2008

**To:** (SH-H40) Kimmy Liu

**Cc:** Jennifer Shen; Melissa Chorzepa

**Subject:** RE: Nov/30 The Updated Outstanding List

Hi Kimmy:

We will schedule PO#635/636/637/638/639 for $151,330.00 tomorrow (12/1/06). Please find update T/T payment schedule.

Thanks,

Connie

---

**From:** Jennifer Shen

**Sent:** Thursday, November 30, 2006 8:55 AM

**To:** Connie Kong

**Subject:** FW: Nov/30 The Updated Outstanding List

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]

**Sent:** Wednesday, November 29, 2006 9:43 PM

**To:** Jennifer Shen

**Cc:** Melissa Chorzepa; (SH-H10) Paul Tseng

**Subject:** Nov/30 The Updated Outstanding List

Dear Jennifer,

Attached, please find the updated outstanding list and confirm your payment schedule urgently.  Those payments have been seriously delayed, in order to avoid affecting the payment terms (L/C or T/T) for future orders, we expect those outstanding invoices will be paid within next week.

Thanks & regards,

Kimmy Liu
Shyang Ho Footwear Co., Ltd.
Tel:886-424072538 ext.601
Fax:886-424077656
<mailto:kimmy@shyangho.com.tw>

1/22/2008

| | |
|---|---|
| **From:** | Connie Kong [connie@endurance1914.com] |
| **Sent:** | Wednesday, March 28, 2007 11:20 AM |
| **To:** | (SH-H40) Kimmy Liu |
| **Cc:** | Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng |
| **Subject:** | RE: Pro-Kids Outstanding Statement |
| **Follow Up Flag:** | «Ý³B²z |
| **Flag Status:** | Red |
| **Attachments:** | Shyang PMT.XLS |

Hi Kimmy:

Noted with thanks letting me know $80,472.24 overpaid but I use Green highlighted to release those 70% invoices from the overpaid amount. Please see updated outstanding and the new payment schedule as attached so the total balance would be $420,359.56 now not including sample charges. Please confirm the way of changing payment schedule.

Thanks a lot,
Connie

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, March 28, 2007 5:18 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Confirmed our receipt of remittance $199,777.89 today with thanks. However, there're two issues as follows:

1. It took some days for receiving the remittance due to the errors made at your end. Please correct your record in order to avoid such kind of mistakes happen again in the future.
   Beneficiary's name: APODIC LTD. (wrong) → APODIS LTD. (correct)
   Account#: 961511002002 (wrong) → 96511002002 (correct)

2. As to 30% portion, some invoices have been paid for twice (attached e-mail for reference), please see the details highlighted in pink, which means 60% of the mentioned invoice was paid. So the total balance would be $420,359.56, please check the updated outstanding list as attached.

Please let us know if any questions or changes on payment schedule.

1/22/2008

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, March 24, 2007 12:33 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Wire today $199,792.89 to cover 30%SH-060827, SH-060825, SH-060826, SH-070003, and 70%SH-060813, SH-060823. Also, cover $28,553.33 for samples charges as attached spreadsheet. Please confirm when you receive wire transfer.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, March 21, 2007 2:49 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Thanks for the payment information; but your payment schedule and our expectation have a great distance. Anyway please improve the payment schedule as far as possible.

Rgds,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, March 16, 2007 5:50 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

1/22/2008

Please find the payment scheduled as attached but they will change anytime.

We try to pay the balance sooner.


Thanks,

Connie


---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Thursday, March 15, 2007 5:26 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; (SH-H10) Paul Tseng; Melissa Chorzepa
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Should you have any payment information, please let us know.

With regards,
Kimmy

---

**From:** (SH-H40) Kimmy Liu
**Sent:** Tuesday, March 13, 2007 4:24 PM
**To:** 'Connie Kong'
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hello Connie,

Confirmed our receipt of the remittance $89,432.28, thanks a lot.  We look forward to receiving the balance (70%) within this week.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, March 10, 2007 3:49 AM
**To:** (SH-H40) Kimmy Liu

Cc: Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Wire $89,432.28 to cover 30% SH-060824, SH-060823 and SH-070006 today. We will try to wire more or 70% next week.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Tuesday, March 06, 2007 8:41 PM
**To:** Connie Kong
**Cc:** Robert Luo; Jennifer Shen; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Thanks for your prompt reply.  We're expecting to receive the payment within this week.

How about the balance (70%) amount $591,599.12?  Those shipments were all made before/on Jan/20, and the invoices should be paid as well.  Please confirm your payment schedule.

Besides, I don't understand what kind of outstanding invoices you need?  I believe that you've already received all of full set of shipping documents after each shipment was made.  Please kindly make remittances based on the documents received by you.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Tuesday, March 06, 2007 12:27 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

1/22/2008

Wire $89,432.28 this Friday to cover 30% SH-060824, SH-060823, and SH-070006. Please send copies of all outstanding invoices to prepare your payment.

Thanks,

Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, March 02, 2007 10:13 PM
**To:** Connie Kong
**Cc:** Robert Luo; Jennifer Shen; Melissa Chorzepa; (SHC-117) Yayo Ye; (SH-H10) Paul Tseng; SHC-117 JennyChang
**Subject:** Pro-Keds Outstanding Statement

Dear Connie,

Enclosed, please check the updated outstanding statement, and we expect you can keep promise and arrange remittance urgently since those payments have been delayed seriously.

T/T outstanding amount -- $681,031.40
L/C not yet opened -- $633,797.16

In addition, for shipments made on February, the L/C has not been opened so far.  Wuxi-Guangming said that it's impossible to solve the L/C issuing within this week as they are having financial problem.  Therefore, we'd like to know your payment schedule for those shipments we'd already made on February, and also payment term for future shipments as well.  Please confirm.

With regards,

Kimmy Liu

Shyang Ho Footwear Co., Ltd.
Tel:886-424072538 ext.601
Fax:886-424077656
<mailto:kimmy@shyangho.com.tw>

1/22/2008

DEBIT NOTE SUMMARY - PRO-KEDS AS OF MAR 28, 2007

| FACTORY | PAYMENT | INVOICE DATE | DEBIT NOTE | DEBIT NOTE # | AMOUNT | |
|---|---|---|---|---|---|---|
| SH | OPEN A/C | 0122/07 | 07023-011607 | | $10,626.45 | Sample Shoes |
| | | | SUB-TOTAL | | $10,626.45 | |

| FACTORY | PAYMENT | INVOICE DATE | CREDIT NOTE | CREDIT NOTE # | AMOUNT | |
|---|---|---|---|---|---|---|
| SH | OPEN A/C | 0122/07 | PK200603 | | (705.00) | Additional freight for delayed PO#742,744,746, |
| | | | SUB-TOTAL | | (705.00) | |

| OUTSTANDING AMOUNT (D/N&C/N OFFSET) | $9,926.45 | Schedule Date |
|---|---|---|
| | $9,926.45 | |

| FACTORY | PAYMENT | INVOICE | PO# | AMOUNT | ETD | 30% AMOUNT | 30% PAYMENT EXPECTED | 30% PAYMENT SCH. | 70% AMOUNT | 70% PAYMENT EXPECTED | 70% PAYMENT SCH. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SH | OPEN A/C | SH-060813 | 741 | 50,800.00 | 12/3/2006 | (15,240.00) | PAID | 2/8 | | PAID | 3/28 |
| SH | OPEN A/C | SH-060817 | 688, 689, 724 | 216,913.20 | 12/9/2006 | (65,073.96) | PAID | 2/8 | 151,839.24 | PAID | 4/13/2007 |
| SH | OPEN A/C | SH-060818 | 791 | 11,080.00 | 12/10/2006 | (3,324.00) | PAID | 2/8 | | PAID | 3/28 |
| SH | OPEN A/C | SH-060824 | 715,716, 717, 718, 719 720, 721, 723 | 216,363.48 | 12/24/2006 | (64,909.04) | PAID | 3/9 | 151,454.44 | PAID | 4/20/2007 |
| SH | OPEN A/C | SH-060823 | 707, 709 | 78,867.60 | 12/25/2006 | (23,680.28) | PAID | 3/9 | (55,207.32) | PAID | 3/28 |
| SH | OPEN A/C | SH-060827 | 745, 789, 794 | 56,073.60 | 12/31/2006 | | PAID | 1/2/28(3/28) | | | 3/28 |
| SH | OPEN A/C | SH-060825 | 751 | 28,787.60 | 1/3/2007 | | PAID | 1/2/28(3/28) | 20,137.32 | | 5/4/2007 |
| SH | OPEN A/C | SH-060826 | 742, 744, 746, 747 | 137,895.60 | 1/7/2007 | | PAID | 1/2/28(3/28) | 96,526.92 | | 5/4/2007 |
| SH | OPEN A/C | SH-070003 | 843 | 45,504.00 | 1/14/2007 | | PAID | 1/2/28(3/28) | | PAID | 3/28 |
| SH | OPEN A/C | SH-070006 | 714, 715, 716, 717, 718, 719, 720, 721 805, 806, 807 | 2,876.52 | 1/20/2007 | (862.96) | PAID | 3/9 | 01.06 | | 5/4/2007 |
| | | | | 845,141.60 | | (334,014.72) | | | 420,359.56 | | |

Note: Double paid $80,472.24 will use on 70% of SH-060818,SH-060827,SH-070003 and partial SH-070006 see above

B3081863.2

**Exhibit C:** Deutsch e-mail regarding Endu-Logistics

---

**From:** Michael Deutsch [mailto:mjd@michaeldeutsch.net]
**Sent:** Thursday, December 06, 2007 11:56 AM
**To:** Zick, Colin
**Cc:** dale@endurance1914.com; 'Tom Nastos'; 'Robert Luo'
**Subject:** Re: Shyang Ho Footwear Co., Ltd. v. Endurance

Dear Colin,

     In accordance with our telephone conversation of this morning, this correspondence will confirm that 12:00 noon is not an appropriate time for an inspection at the Endu-Logistics Warehouse. I would suggest Monday, December 10th, at 12:00 noon, or earlier.
     Please advise.

               Personal regards,

               Michael J. Deutsch


MJD:gm

B30818663.2

- 16 -

**Exhibit D:** Business information from Georgia Secretary of State



# Georgia Secretary of State
# Karen C. Handel

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · S

| | |
|---|---|
| **Search**<br>▶By Business Name<br>▶By Control No<br>▶By Officer<br>▶By Registered Agent<br>Verify<br>▶Verify Certification<br>New Filing<br>▶Click here to file online for:<br>▶New Limited Liability Company (LLC)<br>▶New Business Corporation<br>▶New Non-Profit Corporation<br>▶New Professional Corporation (PC)<br>Annual Registration<br>▶Annual Registration<br>Name Reservation<br>▶File Name Reservation<br>Online<br>Online Orders<br>▶Register for Online<br>Orders<br>▶Order Certificate of Existence<br>▶Order Certified Documents | **View Filed Documents**<br>Date: 12/6/2007  (Annual Registration History etc.) |

## View Filed Documents
Date: 12/6/2007
(Annual Registration History etc.)

---

## File Annual Registration Online
## or
## Print A Paper Annual Registration Form

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



---

## Business Name History

| Name | Name Type |
|---|---|
| ENDU - LOGISTICS LLC | Current Name |

## Limited Liability Company - Domestic - Information

| | |
|---|---|
| **Control No.:** | 07013691 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 2/15/2007 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | PO box 1540<br>Cartersville GA 30120 |
| **Last Annual Registration Filed Date:** | |
| **Last Annual Registration Filed:** | |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Samples, Michael |
| **Office Address:** | 55 Zena drive<br>Cartersville GA 30121 |
| **Agent County:** | Bartow |

## Organizers

| | |
|---|---|
| **Title:** | **Organizer** |
| **Name:** | **Michael Samples** |

**Address:** PO box 1540
Cartersville GA 30120

**Title:** **Organizer**
**Name:** **Endurance LLC**
**Address:** 530 7th Ave
Suite 903
New York NY 10018

B3081863.2

**Exhibit E:** Shyang Ho demand letter

- 17 -



# FOLEY HOAG LLP
### ATTORNEYS AT LAW

Colin J. Zick
Boston Office
617.832.1275
czick@foleyhoag.com

October 30, 2007

**.pdf File via E-Mail**
**Certified Mail-Return Receipt Requested**

Mr. Athanasios Nastos
Endurance LLC
530 Seventh Avenue, 9th Floor
New York, NY 10010

Dear Mr. Nastos:

       I have been retained by Shyang Ho Footwear Co., Ltd. ("Shyang Ho") to represent it in connection with outstanding obligations owed by Endurance LLC, d/b/a Fresh to Death, LLC ("Endurance") to Shyang Ho for footwear manufactured at the request of Endurance.

       Since 2004, Shyango Ho has been supplying footwear to Endurance. That relationship worked well until late 2006, when Endurance fell behind in its payments to Shyango Ho. In particular, beginning on or about November 29, 2006, Shyang Ho repeatedly notified Endurance that its payments were "seriously delayed." Despite these notices (which are not contested by Endurance), significant outstanding obligations have accrued between Shyango Ho and Endurance. By April 2007, the outstanding balance had grown to over $400,000. In response to Ms. Kimmy Liu's inquiries about this balance, you assured him that payment was forthcoming and that "[w]e are making arrangements with our bank" to effectuate that payment.

       Over the months that followed Shyang Ho continued to supply footwear to Endurance, at the same time demanding payment for prior deliveries. Endurance continued to promise payment and proposed payment schedules, schedules that were not followed. By August 1, 2007, a balance of $268,614.58 was outstanding, and a Robert Luo, of Endurance, promised "I try my best to arrange some [payment]." You, also, personally promised Ms. Liu that you would discuss the "clean-up" of these balances with your employees. Yet these balances remain.

       As of today, there is outstanding $268,614.58 due for orders shipped to Endurance, and an additional $200,946.17 in debit notes. As such, a total of $469,560.75 is owed by Endurance to Shyang Ho. These obligations are clear and unambiguous. The repeated unkept promises by you and other Endurance employees

B3421067.3

Mr. Athanasios Nastos
October 30, 2007
Page 2

have had the effect of stringing Shyang Ho along in its business dealings with
Endurance; such actions constitute unfair and deceptive practice by Endurance and you.

     If payment in full of the outstanding amount of $469,560.75 is not received by
the close of business on Friday, November 2, 2007, Shyang Ho will feel free to avail
itself of all the remedies available to under applicable law in order to collect the amounts
due.

Very truly yours,

Colin J. Zick

cc:  Ms. Kimmy Liu (by PDF file, via email)

B3421067.3

B3081863.2

**Exhibit F:** Endurance response to demand letter

- 18 -

**From:** Michael Deutsch [mailto:mjd@michaeldeutsch.net]
**Sent:** Friday, November 02, 2007 4:22 PM
**To:** Zick, Colin
**Cc:** 'Tom Nastos'; redmont3@juno.com; redmont3@gmail.com
**Subject:** Re: Shyang Ho Footwear Co., Ltd. v. Endurance

Dear Colin,

      In accordance with our telephone conversation of this afternoon, I am actively reviewing all information forwarded in your letter dated October 30, 2007, in regard to the above captioned matter. As per our telephone discussion, Endurance and your client, Shyang Ho Footwear Co., Ltd. have been doing business for the last three years without any problems, and Endurance has paid all of its prior bills to your client in full. I mentioned to you in our conversation that there are specific quality control issues involving your client, and claims do exist, about product which was delivered by your client. Various footwear products produced by your client have been returned by the merchants to the Endurance Warehouse, and are available for inspection by your client, at your earliest convenience. The initial amount of the back-charged items, is in excess of $160,000.00. In addition to the aforementioned, Endurance is completing an Audit in regards to all Stride Rite Factories which manufactured footwear on their behalf, and your client's operation is included in this "Master Audit."

      It is Endurance's intention to pay all monies that are legitimately past due and owing to all factories in the very near future, but we can not be threatened in terms of unreasonable time constraints. I indicated to you that I would communicate with you again on November 7, 2007, and it is my intent to help resolve this unfortunate situation in an amicable fashion. I appreciate your client's patience, and I look forward to resolving all questions in the near future.

      Please feel free to call the undersigned at (212) 697-6330, if I can be of any additional assistance. Please further note that our attorney is Ron Monterosso, who can be reached at (508) 627-7399. In the interim period, I am authorized by Tom Nastos to speak with you in a non-lawyer capacity, to help answer questions pertaining to this situation.

      Please further note that this correspondence is sent without prejudice.

                Very truly yours,

                Michael J. Deutsch

MJD:gm

**Exhibit G:** Sample purchase orders

- 19 -

B3081863.2



From: FRESH TO DEATH LLC
FRO-KIDS
510 7TH AVE
NEW YORK,NY

00000    (01)

ORIG    9/29/06
REV     9/29/06

Purchase Order
00-00714

Agent: 008000         Vendor: 000000

Shipping Mark:

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST FIN-CHOU TOWN
HUA-LII CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
FTD c/o  CU Logistics
17 Empire Blvd
07606

Season: S/07 SPRING 2007      QUOTA CAT:      FOB CONSOLIDATOR DATE: 12/11/06

TERMS:
SHIP VIA:
SHIP DATE: 12/11/06          EX COUNTRY:
                             CHINA

Style
PH1431        Description
              RTL COURT CLASSIC LEATHER
              PROKEDS SHOES
              Color Desc.    Units FOB.PX

Item Color

Fiber Content of Garment                                      PORT

                  7    7.5   8   8.5   9   9.5   10  10.5   11  11.5

100  WHITE
** SUGG RTL  65.00    112    4    24   28   30       46   50    54   36   32    8

100  WHITE
** SUGG RTL  65.00    48          36          4

L18  WHT/TRUE RE
** SUGG RTL  65.00    312    4    24   28   30       46   50    54   36   32    8

**CONTINUED**

13/18

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK,NY

(01)          00000

ORIG DATE: 2/23/07
REV DATE: 5/07/07

Purchase Order
0001127

Ship to:
RD SIMPSON INC
55 ZENA DRIVE
CARTERSVILLE GA 30-121

Agent: 00000o                    Vendor: 000000

Shipping Mark:

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: F/07 FALL 2007

EX COUNTRY: CHINA
SHIP DATE: 5/23/07    QUOTA CAT:    FOB CONSOLIDATOR DATE: 5/23/07

DELIVERY TERMS:
SHIP MODE: B SHIP VIA:

| Style | Description | Units | FOB.PX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|-------|-------------|-------|--------|---|-----|---|-----|---|-----|----|------|----|------|
| Insm Color | Color Desc. | | | | | | | | | | | | |

PM200   ROYAL COURT
PROKEDS   BOMB POP

Fiber Content of Garment

PORT

600  TRUE RED   1702      24  48  166  371  216  384  194  120  68  111
** SUGG RTL  75.00

600  TRUE RED   114       108  12  13  14   6
** SUGG RTL  75.00

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED    PACKING INSTRUCTIONS:
DESTINATION: ATLANTA                           PACK 12 SOLID SIZE

TOTAL UNITS   1816

TOTAL..... .00

User: ENDUSON

From: FRESH TO DEATH LLC                                    **CONTINUE**
PRO-KEDS
530 7TH AVE                        00000          (01)
NEW YORK,NY                                                              Purchase Order
                                                                         00008807
                         ORIG  DATE 10/24/06
                         REV   DATE 10/24/06
                                                Shipping Mark:
Agent: 000000            Vendor: 000000                          Ship-to:
                                                                 FTD c/o  CJ Logistics
                                                                 17 Empire Blvd
                                Season: S/07 SPRING 2007          07606

                                                Factory/Maker: 000020
                                                SHYANG HO FOOTWEAR CO LTD
                                                LIN-YEU MANAGEMENT
                                                DIST PIN-CHOU TOWN
                                                MAN-RAI CNTRY GUANG DONG
                                                PROVINCE CHINA 00000

TERMS:          SHIP VIA:               EX COUNTRY:      QUOTA CAT:   FOB CONSOLIDATOR DATE: 1/17/06
                SHIP DATE: 1/17/06      CHINA
Style           Description                             Fiber Content of Garment            PORT
PM1397          ROYAL COURT NOW & LATER
                PROKEDS SHOES
Insm Color      Color Desc.      Units FOB.PX    12     13     46     14

**   309    JELLY BEAN           118     .00     66            46     6
     SUGG RTL   65.00                             k



            TOTAL UNITS      1200          PACKING INSTRUCTIONS:
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED      PACK 12 SOLID SIZE/COLOR
                                                DESTINATION: NEW YORK                    .00
                                                                                         .00

                                                                        User: ENDIUSON

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

(01)

00000

ORIG DATE 10/24/06
REV DATE 10/24/06

Agent: 000000          Vendor: 000000

Shipping Mark:

**KEXDNI**

Purchase Order
0000807

Ship-to:
FTD c/o  CJ Logistics
17 Empire Blvd
07606

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:          SHIP VIA:          EX COUNTRY:          QUOTA CAT:    FOB CONSOLIDATOR DATE: 1/17/06
                SHIP DATE: 1/17/06   CHINA

| Style PM1397 | Description ROYAL COUNT NOW & LATER PROKEDS SHOES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insm Color | Color Desc. | Units FOB.PX | Fiber Content of Garment | | | | | | | PORT | | |
| | | | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
| 175 | BACHELOR | 482 | 5 | 14 | 32 | 44 | 58 | 68 | 76 | 74 | 73 | 38 |
| ** | SUGG RTL    65.00 | | | | | | | | | | | |
| | | | 12 | 13 | 14 | | | | | | | |
| 475 | BACHELOR | 118 | 66 | 46 | 6 | | | | | | | |
| ** | SUGG RTL    65.00 | | | | | | | | | | | |
| 109 | JELLY BEAN | 482 | 5 | 14 | 32 | 44 | 58 | 68 | 76 | 74 | 73 | 38 |
| ** | SUGG RTL    65.00 | .00 | | | | | | | | | 4 | |

**CONTINUE**

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK,NY

(01)

00000

ORIG DATE 10/24/06
REV DATE 10/24/06

Shipping Mark:

Agent: 000000          Vendor: 000000

Purchase Order
0000806

Ship-to:
FTD c/o  CJ Logistics
17 Empire Blvd
07606

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

| TRMS: | | | SHIP VIA: | | EX COUNTRY: | QUOTA CAT: | FOB CONSOLIDATION DATE: 1/17/06 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIP DATE: 1/17/06 | | CHINA | | | | | | | | PORT | |
| Style | | | Description | | | | | | | | | | | |
| PW1434 | | | 142ND BERKTOWN BEANS | | | | | | | | | | | |
| | | | PROKEDS SHOES | | Fiber Content of Garment | | | | | | | | | |
| Item Color | | Color Desc. | Units FOB FX | 7  7.5 | 8  8.5 | 9  9.5 | 10  10.5 | 11  11.5 | | | | | | |
| ** | 641 | MAROON | | | | | | | | | | | | |
| | SUGG RTL | 65.00 | 963  1.4 | 8  30 | 62  86 | 115  136 | 156  148 | 146  76 | | | | | | |
| | | | | | | 中  中 | | 中 | | | | | | |
| ** | 641 | MAROON | | | | | | | | | | | | |
| | SUGG RTL | 65.00 | 237 | 12  13 | 14 | | | | | | | | | |
| | | | | 132  91 | 14 | | | | | | | | | |
| | | | | 中 | | | | | | | | | | |

TOTAL UNITS    1200
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED

PACKING INSTRUCTIONS:
PACK 12 SOLID SIZE/COLOR
DESTINATION: NEW YORK

.00

User: ENDUSON

From: FRESH TO DEATH LLC        (01)
PRO-KEDS
530 7TH AVE
NEW YORK,NY
00000

ORIG      10/24/06
REV DATE  10/24/06

Shipping Mark:

Vendor: 000000

Purchase Order
0000805

Ship-to: FTD c/o CJ Logistics
17 Empire Blvd
07606

Agent: 000000

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TONN
BAN-HAI CHTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:
SHIP VIA:
SHIP DATE: 1/17/06

EX COUNTRY: CHINA        QUOTA CAT:        FOB CONSOLIDATOR DATE: 1/17/06

PORT

| Style | Description | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PWL396 | ROYAL COURT LEMONHEADS PROKEDS SHOES | | | | | | | | | | | | | |

| Insn Color | Color Desc. | Units | FOB.PX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fiber Content of Garment | | | | | |
| 733 ** | DANDELION SUGG RTL 70.00 | 1205 | | 12 | 36 | 78 | 109 | 148 | 172 | 190 | 186 | 182 | 92 |
| 733 ** | DANDELION SUGG RTL 70.00 | 295 | | 165 | 114 | 16 | | | | | | | |
| | | | | 12 | 13 | 14 | | | | | | | |

TOTAL UNITS 1500

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED

PACKING INSTRUCTIONS:
PACK 12 SOLID SIZE/COLOR
DESTINATION: NEW YORK

.00

User: ERDUSON



FROM: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY          00000          (01)

Purchase Order
0000747

Agent: 000000

ORIG    10/04/06
REV DATE 12/27/06

Vendor: 000000    Shipping Mark:    000000

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU-TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
FWD c/o  CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

Season: S/07 SPRING 2007

TERMS:
SHIP VIA:
SHIP DATE: 1/03/07
Style    PM1466
Description ROYAL COURT TOOTSIE
PROKEDS SHOES

EX COUNTRY:        QUOTA CAT:    FOB CONSOLIDATOR DATE:   1/03/07
CHINA

Fiber Content of Garment

| Insm Color | Color Desc. | Units FOB.EX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 DARK BROWN | | | | | | | | | | | | | |
| ** SUGG RTL. | 65.00 | 2316 | | 60 | 180 | 108 | 300 | 300 | 444 | 272 | 444 | 108 |
| | | | 12 | 13 | 14 | | | | 10 | | 11 | |
| 209 DARK BROWN | | | | | | | | | | | | | |
| ** SUGG RTL | 65.00 | 504 | 300 | 204 | | | | | | | | | |

PORT

TOTAL UNITS  2820
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
FINISH LINE PO:11509291
CARTON & SHOE BOX LABELS

PACKING INSTRUCTIONS:
DIRECT SHIP, INDIANAPOLIS
INDIANA

.00

From: FRESH TO DEATH LLC                    (01)
      530 7TH AVE
      NEW YORK, NY

                                                        Purchase Order
                                                        0000745

                              ORIG 10/04/06
                              REV  DATE 12/27/06

                                   Shipping Mark:

Agent: 000000          Vendor: 000000

                                        Factory/Maker: 000020      Ship-to:
                                        SHYANG NO FOOTWEAR CO LTD   FTD c/o  CJ Logistics
                                        LIN YEU MANAGEMENT          17 Empire Blvd
                                        DIST PIN-CHOU TOWN          S HACKENSACK 07606
                                        NAN-PAI CNTRY GUANG DONG
                                        PROVINCE CHINA 00000

                     Season: S/07 SPRING 2007

TERMS:            SHIP VIA:                HK COUNTRY:       QUOTA CAT:   FOB CONSOLIDATOR DATE: 1/03/07
                  SHIP DATE: 1/03/07       CHINA
STYLE:            Description:
RM1502            ROYAL COURT ROCK N POP
                  PROKEDS SHOES                       Fiber Content of Garment                 PORT

Insm Color   Color Desc.    Units FOB.FX    7    7.5    8    8.5    9    9.5    10   10.5    11   11.5

**  001  BLACK          2316               60   180   200   300   300   444   372   444   108
    SUGG RTL   65.00

**  001  BLACK          504                12    12    14
    SUGG RTL   65.00

          TOTAL UNITS    2820           260   204
SPECIAL INSTRUCTIONS:  CONFIRMATION REQUIRED     PACKING INSTRUCTIONS:
FINISH.INS PO: 15009285                          DIRECT SHIP: INDIANAPOLIS
CARTONS & SHOE BOX REQ                           INDIANA

                                                                                        .00
                                                                            User: EMERSON      .00

**CONTINUE**

From: FRESH TO DEATH LLC        (Q1)
PRO-KEDS
510 7TH AVE
NEW YORK, NY

                          ORIG DATE 10/04/06
                          REV  DATE 12/27/06

Agent: 000000        Vendor: 000000     Shipping Mark:

                                    Factory/Maker: 000020
                                    SEVANG FD FOOTWEAR CO LTD
                                    LIN-YEU MANAGEMENT
                                    DIST PIN-CHOU TOWN
                                    NAN-HAI CNTRY GUANG DONG
                                    PROVINCE CHINA 00000

Purchase Order
0000744

Ship-to: CJ Logistics
FTD c/o CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

              Season: 3/07 SPRING 2007

                     EX COUNTRY:        QUOTA CAT:  FOB CONSOLIDATOR DATE: 1/03/07
                     CHINA

TERMS:         SHIP VIA:  1/03/07    Fiber Content of Garment
               SHIP DATE: 1/03/07
Style          Description:                                      PORT
PX1407         ROYAL COURT SKIDDLES
               PROKEDS SHOES

Inseam Color   Color Desc.    Units FOB.PX   12    13    14

   424   PASSION BLUE          360          216   144
**  SUGG RTL.      65.00

                    TOTAL UNITS   9696
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED    PACKING INSTRUCTIONS:
2 FINISH LINE PO'S                             DESTINATION:INDIANAPOLIS
SHOE & CARTON LABELS REQ                       INDIANA

                                                                            .00

                                               User: ENDWSON



From: FRESH TO DEATH LLC          (W1)
PRO-KEDS
512 7TH AVE
NEW YORK,NY

ORIG   10/04/06
REV DATE 12/27/06          Shipping Mark:

Agent: 000000          Vendor: 000000

Purchase Order
0000744

Ship-To:
FTD c/o CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:
Style          SHIP VIA:
PK1437         SHIP DATE: 1/03/07
               Description ROYAL COURT SKIDDLES
               PROKEDS SHOES

EX COUNTRY:
CHINA
QUOTA CAT:    FOB CONSOLIDATOR DATE: 1/03/07

Fiber Content of Garment
PORT

| Item Color | Color Desc. | Units FOB.EX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 424 PASSION BLUE 65.00 SUGG RTL | 1368 | | | 180 | 60 | 204 | 60 | 300 | 204 | 300 | 60 |
| ** | 424 FASSION BLUE 65.00 SUGG RTL | 432 | 12 | 13 | 14 | | | | | | | |
| | | | 252 | 180 | | | | | | | | |
| ** | 424 PASSION BLUE 65.00 SUGG RTL | 1476 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
| | | | | | 120 | 168 | 180 | | 228 | 240 | 228 | 144 |

**CONTINUE**

*To: Maggie / Apple 070-8011/8117*
*Fm : CHC KWHy*

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

(01)        000GB

ORIG 10/03/06
REV DATE 12/27/06

Shipping Mark:

Agent: 000000            Vendor: 000000

Factory/Maker: 000020                    Ship to:
SHYANG HO FOOTWEAR CO LTD                FTD c/o CJ Logistics
LIN-YEU MANAGEMENT                       17 Empire Blvd
DIST PIN-CHOU TOWN                       S HACKENSACK 07606
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 000U0                     Purchase Order
                                         0000742

Season: S/07 SPRING 2007

QUOTA CAT: FO3   CONSOLIDATOR DATE: 1/03/07

TERMS:
SHIP VIA:
SHIP DATE: 1/03/07
Style      Description:                           EX COUNTRY:
SWI394     ROYALCOURT SCUR PATCH A/O              CHINA
           PROKEDS SHOES

Fiber Content of Garment

| Item Color | Color Desc. | Units | FOB.PX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 | PORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** 800 ORANGE | SUGG RTL 70.00 | 1268 | | 12 | 13 | 14 | 180 | 204 | 60 | 300 | 204 | 300 | 60 | |
| ** ACC ORANGE | SUGG WIL 70.00 | 432 | | 252 | 180 | | | | | | | | | |

TOTAL UNITS   1800
SPECIAL INSTRUCTIONS, CONFIRMATION REQUIRED
DIRECT SHIP: INDIANAPOLIS
INDIANA

PACKING INSTRUCTIONS:
FINISH LINE PO:15096627
CARTON LABELS REQ

                                                    .00
                                                    .00    User: ENDUSON

Maggie:
客人搭度 11> 什么
怀孕都孙!
1/5

WG-XPI

Purchase Order
00000751

To: Maggie / Apple

020-86719817

From: FRESH TO DEATH LLC
PRO-KIDS KIDSWEAR
530 7TH AVE
NEW YORK, NY                    00000

                    (02)

ORIG  10/04/06
REV DATE 10/20/06

Ship-to:
FTD c/o  CJ Logistics
17 Empiro Blvd
                    07506

Agent: 000000                    Vendor: 000000        Shipping Mark:

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO   LTD
LIN-YEJ MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY CIANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:
Style            SHIP VIA:                    RX COUNTRY:        QUOTA CAT:     FOB CONSOLIDATOR DATE: 12/27/06
NM1548           SHIP DATE: 12/27/06          CHINA
                 Description                           Fiber Content of Garment                              PORT
Indr. Color      ROYAL COURT OCEAN SMU
                 ROCWEAR FOOTWEAR
                 Color Desc.     Units FOB.RX    7.5    8    8.5     9    9.5    10   10.5    11   11.5

**    800  TRUE ORANGE                   1800    .00                204   312   264   312   312   396
      SUGG RTL    70.00

                                                       12    13     14
**    396  TRUE ORANGE                    396    .00   300    96
      SUGG RTL    70.00

Dear Apple:

謝謝您的幫忙！

//

SPECIAL INSTRUCTIONS:    TOTAL UNITS:    2196
DEMO PO: 000014335                CONFIRMATION REQUIRED
CARTON & SHOE BOX LABELS
REQUIRED

PACKING INSTRUCTIONS:
DIRECT SHIP:ANAHEIM
CALIFORNIA

                                                                            .00
                                                                            .00

                                                      User: EHUDSON

**CONTINUED**

UO-XV

```
From: FRESH TO DEATH LLC        (02)                                          Purchase Order
      PRO-KEDS ROCKWEAR                                                          0000723
      530 7TH AVE
      NEW YORK, NY          00000

                            ORIG    9/29/06
                            REV DATE 10/30/06
                                                Shipping Mark:

Agent: 000000              Vendor: 000000

                                                                    Ship-to: CJ Logistics
                                                                    FTD c/o CJ Logistics
                                                                    17 Empire Blvd
                                                                    07606
                                          Factory/Maker: 000020
                                          SHYANG HO FOOTWEAR CO LTD
                                          LIN-YEU MANAGEMENT
                                          DIST PIN-CHOU TOWN
                                          NAM-BRI CNTRY GUANG DONG
                                          PROVINCE CHINA 00000
                                      Season: S/07 SPRING 2007

                                      EX COUNTRY:          QUOTA CAT:   FOB CONSOLIDATOR DATE: 12/20/06
TERMS:          SHIP VIA:              CHINA
Style           SHIP DATE: 12/20/06
RW2244                                                                           PORT
                Description           Fiber Content of Garment
                ROYAL COURT COLOR BLOCK
                ROCKWEAR FOOTWEAR
Insm Color      Color Desc.   Units FOB.PX      10      11

    020         SOLID GREY    13          9        4
**  SUGG RTL      70.00


         TOTAL UNITS      600
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED   PACKING INSTRUCTIONS:                    .00
PORT ENTRY: NEW YORK                          12 PACK SOLID SIZE/COLOR
                                              TERMS: L/C

                                                                    User: ENDUSON
```

2/2



To: Maggie/apple
020-96719817

From: FRESH TO DEATH LLC
PRO-KEDS ROCKWEAR                    (02)
530 7TH AVE                          000000
NEW YORK, NY

Purchase Order
0000723

OXLG  9/29/06
REV DATE 10/30/06

Vendor: 000000     Shipping Mark:

Account: 000000

Ship-to:
FTD c/o CW Logistics
17 Empire Blvd
07606

Factory/Maker: 000020
SHANG HO FOOTWEAR CO LTD
LIN-YU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: 6/07 SPRING 2007

TERMS:                EX COUNTRY:    QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06
SHIP DATE: 12/20/06   CHINA
ROYAL COURT COLOR BLOCK
ROCKWEAR FOOTWEAR

Style    Description             Fiber Content of Garment
RW2214

| Insm Color | Color Desc. | Units | FOB PX | 5 | 5.5 | 6 | 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | BLACK | 424 | 70.00 | 9 | 12 | 32 | 42 | 56 | 58 | 72 | 58 | 60 | 26 |
| ** | SURG NTL | | | | 11 | | | | | | | | |
| 001 | BLACK | 56 | 70.00 | 40 | 16 | | | | | | | | |
| ** | SURG NTL | | | | | | | | | | | | |
| 020 | SOLID GREY | 107 | 70.00 | 2 | 4 | 8 | 10 | 12 | 16 | 17 | 16 | 14 | 8 |
| ** | SURG NTL | | | | | | | | | | | | |

10

PORT

**CONTINUE**

Dear Maggie:

數量有調整，請查，相關情況，Tks/謝謝您。

1/2



**XXOK**

**CONTINUE**

Purchase Order
0000721

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK,NY

(01)

00000

ORIG    9/29/06
REV DATE 10/18/06

Agent: 000000                    Vendor: 000000

Shipping Mark:
Shipping Mark: 000000

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST KIM-CHOU TOWN
NAM-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
FTD c/o  CU Logistics
17 Empire Blvd
07606

Season: S/07 SPRING 2007

QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06

TERMS:
SHIP VIA:
SHIP DATE: 12/20/06

EX COUNTRY:
CHINA

PORT

Style      Description
PW2203     ROYAL COURT CANDY PRINT
           PROKEDS SHOES

Fiber Content of Garment

| Item Color | Color Desc. | Units FOB.PX | | 10 | 11 | 5 | 5.5 | 6 | 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 676 | CANDY PINK | 172 | 12.70 | 10 | 11 | 5 | 5.5 | 6 | 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 |
| ** | SUGG RTL  48.75 | | | | | 126 | 46 | 32 | 42 | 56 | 58 | 72 | 58 | 60 | 26 |
| 725 | BANANA CREAM | 424 | 12.70 | | | 8 | 12 | | | | | | | | |
| ** | SUGG RTL  48.75 | | | | | | | | | | | | | | |
| 725 | BANANA CREAM | 56 | 12.70 | 10 | 11 | | | | | | | | | | |
| ** | SUGG RTL  48.75 | | | | | 40 | 16 | | | | | | | | |

2|3

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12 SOLID SIZE/COLOR
TERMS: L/C

TOTAL UNITS    3440                                              .00
                                                    43698.00

                                        User: EHUDSON

TO-XC

Purchase Order
0000721

(ô) 鞋倍述 Apple/Maggie

do-867/987

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

(01)                    00000
ORIG   DATE  9/29/06    Shipping Mark:
REV    DATE 10/18/06

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
PTD c/o   CJ Logistics
17 Empire Blvd
07606

Agent: 000000    Vendor: 000000

Season: S/07 SPRING 2007

TERMS:         SHIP VIA:          EX COUNTRY:         QUOTA CAT:        FOB CONSOLIDATOR DATE: 12/20/06
                                  CHINA

Style          SHIP DATE: 12/20/06
PW2203         Description
               ROYAL COURT CANDY PRINT
               PROKEDS SHOES                                                          Fiber Content of Garment

| Insm Color | Color Desc. | Units | FOB.PX | 5 | 5.5 | 6 | 6.5 | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | PORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 BLACK SUGG RTL 48.75 | | 1308 | 12.70 | 16 | 28 | 96 | 128 | 180 | 190 | 218 | 158 | 184 | 110 | |
| ** | | | | 10 | 11 | | | | | | | | | |
| 001 BLACK SUGG RTL 48.75 | | 172 | 12.70 | 126 | 46 | | | | | | | | | |
| ** | | | | | | | | | | | | | | |
| 676 CANDY PINK SUGG RTL 48.75 | | 1308 | 12.70 | 16 | 28 | 96 | 128 | 180 | 190 | 218 | 158 | 184 | 110 | |

156

**CONTINUE**

Dear Apple:

#001 #676 配足各場加1000 PRS, 請名補 补
交期不变. Tks!

1/3



From: FRESH TO DEATH LLC
PRO KIDS
530 7TH AVE
NEW YORK, NY

00000   (01)

ORIG DATE: 9/29/06
REV DATE 11/27/06

Shipping Mark:
8

**CONTINUE**

Purchase Order
0000720

Ship-to:   CJ Logistics
FTD c/o CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

Agent: 000000   Vendor: 000000

Factory/Maker: 099020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:   SHIP VIA:   EX COUNTRY: CHINA   QXCPTA CAT:   FOB CONSOLIDATOR DATE: 12/20/06
SHIP DATE: 12/20/06

Style   Description   Fiber Content of Garment
PM1400   ROYAL COURT BUBBLE POPS
BOXED SHOES   PORT

Inum Color   Color Desc.   Units FOB EX   12   13   14   7   7.5   8   8.5   9   9.5   10   10.5   11   11.5

312   KHEM   STKG RTL   70.00   295   168   85   42
500   PURPLE   STKG RTL   70.00   398   7   17   30   42   64   54   62   50   52   20
500   PURPLE   STKG RTL   70.00   82   51   25   6

TOTAL UNITS   4780

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12 SOLID SIZE COLOR

.00

User: ENDUSON



From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

00000    (01)

ORIG  9/29/06
REV   DATE 11/27/06

Agent: 000000    Shipping Mark:

Vendor: 000000

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST FIN-CHIU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 000000

Ship-to:
FTD c/o  CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

Purchase Order
0000720

Season: S/07 SPRING 2007

TERMS:

SHIP VIA:
SHIP DATE: 12/20/06
Description

Style
PM1400    ROYAL COURT HUBBLE POPS
PROKEDS SHOES

EX COUNTRY:
CHINA

QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06

Fiber Content of Garment

Insm Color  Color Desc.    Units FOB.PX    7    7.5    8    8.5    9    9.5    10    10.5    11    11.5    PORT

| Insm Color | Color Desc. | Units FOB.PX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** 600 | TRUE RED | 2146 | 12 | 94 | 154 | 216 | 356 | 326 | 370 | 292 | 274 | 52 |
| SUGG RTL | 70.00 | | | | | | | | | | | |
| ** 600 | TRUE RED | 354 | 220 | 94 | 40 | | | | | | | |
| NKRM RTL | 70.00 | | | | | | | | | | | |
| ** 212 | KERM | 1505 | 18 | 50 | 96 | 144 | 238 | 201 | 236 | 218 | 212 | 92 |
| SUGG RTL | 70.00 | | | | | | | | | | | |

Dear Maggie:

**CONTINUE**

三个码之间之调整：#600 增加100/100PKS (尾款)
#212 总数量不变
#500 总数量不变

修改日期

2/3

To: Apple /Maggie
6x-8611987

Dear Maggie :
Size 咖啡调整，总数量不变!

修改后!

1/3



From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

.Q11                    00000

Agent: 000000

ORIG    DATE 9/29/06
REV     DATE 11/27/06    Shipping Mark:
Vendor: 000000    000000

Purchase Order
0000719

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
FTD c/o  CJ Logistics
17 Empire Blvd
S HACKENSACK 07606

Season: S/07 SPRING 2007

QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06

TERMS:          SHIP VIA:            EX COUNTRY:
Style           SHIP DATE: 12/20/06  CHINA
PM1107          Description:
                ROYAL COURT SNEAKERS
                PROKEDS SHOES
Item Color      Color Desc.    Units FOB PX    Fiber Content of Garment                                                PORT

|  |  |  | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | PASSION BLUE | 2097 | 22 | 112 | 164 | 214 | 346 | 318 | 334 | 254 | 248 | 85 |
| ** | SUGG RTL | 65.00 | | | | | | | | | | |
| 424 | PASSION BLUE | 303 | 194 | 68 | 41 | | | | | | | |
| ** | SUGG RTL | 65.00 | 12 | 13 | 14 | | | | | | | |

TOTAL UNITS    2400
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12 SOLID SIZE/COLOR
TERMS: L/C

.00

User: ENDUSON



From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK, NY

(01)
00000
ORIG DATE: 9/29/06
REV DATE: 9/29/06
Shipping Mark:

Agent: 000000                  Vendor: 000000

Purchase Order
0000718

Ship-to:
FTD c/o CJ Logistics
17 Empire Blvd
07606

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST FIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING

TERMS:
SHIP VIA:
SHIP DATE: 12/20/06          EX COUNTRY: CHINA          QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06

Style: PWL406
Description: 142ND SKIDDLES
PROKEDS SHOES

Fiber Content of Garment                                   PORT

| Insm Color | Color Desc. | Units | FOB.FX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** 800 | ORANGE SUGG RTL 65.00 | 578 | .00 | 8 | 16 | 38 | 52 | 69 | 82 | 90 | 99 | 88 | 46 |
| ** 300 | ORANGE SUGG RTL 65.00 | 142 | .00 | 12 | 13 | 14 | | | | | | | |
| | | | | 79 | 55 | 8 | | | | | | | |

TOTAL UNITS    720
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12S OR 12A
TERMS: L/C

.00
.00

User: ENDUSON

9/18

From: FRESH TO DEATH LLC
PRO-KEDS
530 7TH AVE
NEW YORK,NY

00000    (01)

ORIG DATE  9/29/06
REV DATE   9/29/06

Agent: 000000

Vendor: 000000    Shipping Mark:

Purchase Order
0000717

Ship-to:
FTD c/o  CJ Logistics
17 Empire Blvd
07606

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YEU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Season: S/07 SPRING 2007

TERMS:

SHIP VIA:
SHIP DATE: 12/20/06

EX COUNTRY:    QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06
CHINA

| Style | Description | Fiber Content of Garment | | | | | | | | | | | | PORT | |
| PM1395 | ROYAL COURT SOUTH MATCH-7 15$ FROM CMT EVERY K12 | | | | | | | | | | | | | | |
| | PROKEDS SHOES | | | | | | | | | | | | | | |
| Insm Color | Color Desc. | Units FOB.FX | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 | | |
| 309<br>** SUGG RTL | JELLY BEAN<br>70.00 | 1,444 | 18 | 45 | 93 | 131 | 173 | 201 | 228 | 223 | 219 | 113 | | |
| | | .00 | 12 | 13 | 14 | | | | | | | | | |
| | | | 198 | 137 | 21 | | | | | | | | | |
| 309<br>** SUGG RTL | JELLY BEN<br>70.00 | 356 | | | | | | | | | | | | |
| | | .00 | | | | | | | | | | | | |

TOTAL UNITS  1800
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12S OR 12A
TERMS: L/C

.00
.00

User: ENTUSON



From: FRESH TO DEATH LLC
PRO-KEDS
510 7TH AVE
NEW YORK,NY

(01)              00000

ORIG   9/29/06
REV  DATE 9/29/06

Agent: 000000          Vendor: 000000          Shipping Mark: 000000

Purchase Order
0000716

Factory/Maker: 000020
SHYANG HO FOOTWEAR CO LTD
LIN-YIU MANAGEMENT
DIST PIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship-to:
FTD C/O  CJ Logistics
17 Empire Blvd
07606

Season: S/07 SPRING 2007

TERMS:
SHIP VIA:
SHIP DATE: 12/20/06

Style
PM1394          ROYALCOURT SDUK PSYCH A/O
PROKEDS SHOES

EX COUNTRY:
CHINA

QUOTA CAT:  FOB CONSOLIDATOR DATE: 12/20/06

Fiber Content of Garment

| Insm Color | Color Desc. | Units FOB.FX | | 7 | 7.5 | 8 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 | PORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** 800 | ORANGE | 1444 | .00 | 18 | 46 | 93 | 131 | 173 | 201 | 220 | 223 | 219 | 113 | |
| | SUGG RTL | 70.00 | | | | | | | | | | | | |
| ** 800 | ORANGE | 356 | .00 | 198 | 137 | 21 | | | | | | | | |
| | SUGG RTL | 70.00 | | | | | | | | | | | | |

TOTAL UNITS: 1000

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12S OR 12R
TERMS: L/C

                                         .00
                                         .00

User: ENDUSON



From: FRESH KO DENIM LLC        (01)
FKC-KIDS
510 7TH AVE
NEW YORK, NY                    00000

ORIG DATE  9/29/06
REV DATE  11/06/06

Vendor: 000000      Shipping Mark:

Factory/Maker: 000020
SHYANG FO FOOTWEAR CO LTD
LN-YEU MANAGEMENT
DIST FIN-CHOU TOWN
NAN-HAI CNTRY GUANG DONG
PROVINCE CHINA 00000

Ship to:
FTD c/o  CJ Logistics
17 Empire Blvd
00000

Season: S/07 SPRING 2007      QUOTA CAT:    FOB CONSOLIDATOR DATE: 12/20/06

TERMS:                        EX COUNTRY:
SHIP VIA:                     CHINA
SHIP DATE: 12/20/06
Style          Description
FM1405         ROYAL COURT SKIDDIES A/O
               FROSDE SHOES
Inum Color     Color Desc.        Units FOB PX

Fiber Content of Garment

|       | 7 | 7.5 | H 8.5 | 8 9.5 | 10 10.5 | 11 11.5 | PORT |
|-------|---|-----|-------|-------|---------|---------|------|
| 312 KERM | 1458 | .00 | 18 | 44 | 136 | 174 | 266 | 228 216 | 212 112 |
| SCUG KIL  65.00 | | | | | | | | |
| 412 KERM | 342 | .00 | 124 | 42 | | | | | |
| SCUG KIL  65.00 | | | | | | | | |

TOTAL UNITS  1800
SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
MKT ENTRY: NEW YORK

PACKING INSTRUCTIONS:
PACK 12S OR 12A
TERMS: L/C

User: ENDUSOY

**CONTINUE**

TO-XX

From: FRESH TO DEATH LLC
FRO-KEDS
530 7TH AVE
NEW YORK, NY

(01)          00000

ORIG DATE   9/29/06
REV DATE    9/29/06

Shipping Mark:

Agent: 000000      Vendor: 000000

Purchase Order
0000714

Factory/Maker: 000020
SHIANG HO FOOTWEAR CO LTD
LIN-YHH MANAGEMENT
DIST F.N-THRU TOWN
NAN-HAJ CHUNG GUANG DONG
PROVINCE CHINA 00000

Ship-to: CJ Logistics
PTD c/o
17 Empire Blvd
07606

Season: S/07 SPRING 2007

QUOTA CAT:  FOR CONSOLIDATOR DATE: 12/13/06

TERMS:
SHIP VIA:
SHIP DATE: 12/13/06           EX COUNTRY: CHINA

PORT

Style
PM1431        Description           Fiber Content of Garment
              RTL COURT CLASSIC LEATHER
              FREDKEDS SHOES

Insn Color    Color Desc.   Units FOB PX

| | | 2 | 3 | 4 | 6 | 8.5 | 9 | 9.5 | 10 | 10.5 | 11 | 11.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

116   WHT/TRUE RD   48          36    8        4
**    SUGG RTL      65.00       7    2.5   6              46    50    54    36    32    8
                                                         9     0           4     4

113   WHITE/GREEN   312         4    24    28    30       46    50    54    36    32    8
**    SUGG RTL      $5.00       12   13    14                                            B

113   WHITE/GREEN   48          36    8        4
**    SUGG RTL      65.00       4

14/18

SPECIAL INSTRUCTIONS: CONFIRMATION REQUIRED
PORT ENTRY: NEW YORK

TOTAL UNITS    .080         PACKING INSTRUCTIONS:
                            PACK 12S OR 12A
                            TERMS: L/C          .00

                            User: EDDYSON

B3081863.2

- 20 -

**Exhibit H:** E-mail regarding bank payment arrangements

| | |
|---|---|
| **From:** | (SH-H10) Paul Tseng |
| **Sent:** | Wednesday, May 09, 2007 7:53 PM |
| **To:** | (SH-H40) Kimmy Liu |
| **Subject:** | FW: Pro-Keds Outstanding Statement |
| **Follow Up Flag:** | «Ŷ³B²z |
| **Flag Status:** | Red |

Fyi

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Wednesday, May 09, 2007 10:01 PM
**To:** Paul@shyangho.com.tw
**Subject:** RE: Pro-Keds Outstanding Statement

Paul ,

Re : Business

It seems that the business enviroment right now is difficult. The stores selling for all footwear and apparel is slow.
Very few things are doing well. Air Force One , Adidas Shell toe doing ok. Van style footwear also ok.
Our brand still doing well. In general we are doing better than the overall market , but retailers are concerned with the inventory.


Re : July

Will advise shortly. We are currently meeting with Finish Line and Genesco.


Re : Wire Transfer

I will check and advise. I think it's about 400k. Robert dad is very sick and he left for Wuxi on Sunday night. Working with
our finance dept and will arrange.

Tks

Tom Nastos

-----Original Message-----
**From:** paul [mailto:paul@shyangho.com.tw]

1/22/2008

**Sent:** Wednesday, May 09, 2007 4:08 AM

**To:** Tom Nastos

**Subject:** RE: Pro-Keds Outstanding Statement

Tom
How is going?
Do you have any ideas on the July production orders?
Looking forward to receive it soon.
.Paul

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, May 09, 2007 9:01 AM
**To:** (SH-H10) Paul Tseng
**Subject:** FW: Pro-Keds Outstanding Statement

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Tuesday, May 08, 2007 9:07 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Keds Outstanding Statement

Kimmy ,

We are making arrangements with our bank. Jennifer or I will advise shortly. Robert Luo had to leave the office for Wuxi on a family issue. He will be back in the office in 10 days.

Tom nastos

    -----Original Message-----
    **From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
    **Sent:** Tuesday, May 08, 2007 5:14 AM
    **To:** Tom Nastos
    **Subject:** RE: Pro-Keds Outstanding Statement

    Dear Tom,

    Should you have any information, please kindly let us know.

    Thanks & regards,
    Kimmy

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Thursday, May 03, 2007 8:43 PM
**To:** (SH-H40) Kimmy Liu
**Subject:** RE: Pro-Kids Outstanding Statement

Kimmy ,

1/22/2008

I will check with Finance and advise on Monday.

Tom

-----Original Message-----
**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Thursday, May 03, 2007 5:08 AM
**To:** Tom Nastos
**Cc:** (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Tom,

Based on our understanding, the outstanding invoices should be paid last week, but so far we still haven't received any feedback from your side.  Please kindly help to check.

Thanks & regards,
Kimmy

---

**From:** (SH-H10) Paul Tseng
**Sent:** Thursday, May 03, 2007 3:57 PM
**To:** (SH-H40) Kimmy Liu
**Subject:** FW: Pro-Kids Outstanding Statement

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Monday, April 23, 2007 8:42 PM
**To:** (SH-H10) Paul Tseng
**Cc:** Robert Luo; Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Robert/Jennifer

Let's arrange wire transfer this week. Advise Paul when completed.

Tom

-----Original Message-----
**From:** paul [mailto:paul@shyangho.com.tw]
**Sent:** Friday, April 20, 2007 8:55 PM
**To:** Tom Nastos
**Subject:** RE: Pro-Kids Outstanding Statement

Hello Tom

Thanks

Paul

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Friday, April 20, 2007 9:27 PM
**To:** Paul@shyangho.com.tw
**Cc:** (SH-H40) Kimmy Liu

**Subject:** RE: Pro-Kids Outstanding Statement

Paul ,

Re : Payment

Fowarded to our Financial Staff and will advise on Monday they Wire Transfer date.

Re : Production

Sending additional orders today for June production. Approx 12 ,000 units.


Have a good week-end.

Tom

-----Original Message-----
**From:** paul [mailto:paul@shyangho.com.tw]
**Sent:** Friday, April 20, 2007 8:28 AM
**To:** Tom Nastos
**Cc:** (SH-H40) Kimmy Liu
**Subject:** FW: Pro-Kids Outstanding Statement

Tom
Please see the attach Pro-Keds outstanding list. Also please check with your financial division,
Give us the update on the payment.
Thanks
Paul

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, April 20, 2007 10:20 AM
**To:** (SH-H10) Paul Tseng
**Subject:** FW: Pro-Kids Outstanding Statement

總經理,

Pro-Keds 4/13應付款項到目前爲止都還沒有入帳, 連續2天跟催客人也都沒有回應,
接下來4/20應付款亦到期, 是否該請Merrick幫忙了解一下狀況?

Rgds,
Kimmy

**From:** (SH-H40) Kimmy Liu
**Sent:** Thursday, April 19, 2007 5:06 PM
**To:** Endurance / Connie Kong
**Cc:** 'Jennifer Shen'; 'Robert Luo'; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Please confirm.

Rgds,

Kimmy

**From:** (SH-H40) Kimmy Liu
**Sent:** Wednesday, April 18, 2007 4:31 PM
**To:** 'Connie Kong'
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Please confirm if you have made remittance on Apr/13 as per schedule.

Rgds,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, March 31, 2007 3:02 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Please find the payment schedule as attached.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, March 28, 2007 11:40 PM
**To:** Connie Kong
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Well noted your arrangement for the overpaid amount, so the balance would be $420,359.56 excluding sample charges, the updated outstanding list as attached.

As to the new payment schedule, that would be grateful if you can make payments before/on Apr/27 instead of May/4.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Wednesday, March 28, 2007 11:20 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy!

Noted with thanks letting me know know $80,472.24 overpaid but I use Green highlighted to release those 70% invoices from the overpaid amount. Please see updated outstanding and the new payment schedule as attached so the total balance would be $420,359.56 now not including sample charges. Please confirm the way of changing payment schedule.

Thanks a lot,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, March 28, 2007 5:18 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Confirmed our receipt of remittance $199,777.89 today with thanks. However, there're two issues as follows:

1. It took some days for receiving the remittance due to the errors made at your end. Please correct your record in order to avoid such kind of mistakes happen again in the future.
   Beneficiary's name: APODIC LTD. (wrong) → APODIS LTD. (correct)
   Account#: 961511002002 (wrong) → 96511002002 (correct)

2. As to 30% portion, some invoices have been paid for twice (attached e-mail for reference), please see the details highlighted in pink, which means 60% of the mentioned invoice was paid. So the total balance would be $420,359.56, please check the updated outstanding list as attached.

Please let us know if any questions or changes on payment schedule.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, March 24, 2007 12:33 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen; Robert Luo; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Wire today $199,792.89 to cover 30%SH-060827, SH-060825, SH-060826, SH-070003, and 70%SH-060813, SH-060823. Also, cover $28,553.33 for samples charges as attached spreadsheet. Please confirm when you receive wire transfer.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, March 21, 2007 2:49 AM
**To:** Connie Kong

**Cc:** Jennifer Shen; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Thanks for the payment information; but your payment schedule and our expectation have a great distance.  Anyway please improve the payment schedule as far as possible.

Rgds,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, March 16, 2007 5:50 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Please find the payment scheduled as attached but they will change anytime.
 We try to pay the balance sooner.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Thursday, March 15, 2007 5:26 AM
**To:** Connie Kong
**Cc:** Jennifer Shen; (SH-H10) Paul Tseng; Melissa Chorzepa
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Should you have any payment information, please let us know.

With regards,
Kimmy

---

**From:** (SH-H40) Kimmy Liu
**Sent:** Tuesday, March 13, 2007 4:24 PM
**To:** 'Connie Kong'
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hello Connie,

Confirmed our receipt of the remittance $89,432.28, thanks a lot.  We look forward to receiving the balance (70%) within this week.

With regards,

1/22/2008

Kimmy

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Saturday, March 10, 2007 3:49 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Wire $89,432.28 to cover 30% SH-060824, SH-060823 and SH-070006 today. We will try to wire more or 70% next week.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Tuesday, March 06, 2007 8:41 PM
**To:** Connie Kong
**Cc:** Robert Luo; Jennifer Shen; (SH-H10) Paul Tseng
**Subject:** RE: Pro-Kids Outstanding Statement

Dear Connie,

Thanks for your prompt reply.  We're expecting to receive the payment within this week.

How about the balance (70%) amount $591,599.12?  Those shipments were all made before/on Jan/20, and the invoices should bc paid as well.  Please confirm your payment schedule.

Besides, I don't understand what kind of outstanding invoices you need?  I believe that you've already received all of full set of shipping documents after each shipment was made.  Please kindly make remittances based on the documents received by you.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Tuesday, March 06, 2007 12:27 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Jennifer Shen
**Subject:** RE: Pro-Kids Outstanding Statement

Hi Kimmy:

Wire $89,432.28 this Friday to cover 30% SH-060824, SH-060823, and SH-070006. Please send copies of all outstanding invoices to prepare your payment.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, March 02, 2007 10:13 PM

**To:** Connie Kong
**Cc:** Robert Luo; Jennifer Shen; Melissa Chorzepa; (SHC-117) Yayo Ye; (SH-H10) Paul Tseng; SHC-117 JennyChang
**Subject:** Pro-Keds Outstanding Statement

Dear Connie,

Enclosed, please check the updated outstanding statement, and we expect you can keep promise and arrange remittance urgently since those payments have been delayed seriously.

T/T outstanding amount -- $681,031.40
L/C not yet opened -- $633,797.16

In addition, for shipments made on February, the L/C has not been opened so far. Wuxi-Guangming said that it's impossible to solve the L/C issuing within this week as they are having financial problem. Therefore, we'd like to know your payment schedule for those shipments we'd already made on February, and also payment term for future shipments as well. Please confirm.

With regards,

Kimmy Liu
Shyang Ho Footwear Co., Ltd.
Tel:886-424072538 ext.601
Fax:886-424077656
<mailto:kimmy@shyangho.com.tw>

1/22/2008

**Exhibit I:** Proposed payment schedules

B3081863.2

- 21 -

| | |
|---|---|
| **From:** | Connie Kong [connie@endurance1914.com] |
| **Sent:** | Wednesday, June 20, 2007 4:42 PM |
| **To:** | (SH-H40) Kimmy Liu |
| **Cc:** | Robert Luo; Tom Nastos; (SHC-100) Paul Tseng |
| **Subject:** | RE: Payment Schedule (updated) |
| **Follow Up Flag:** | «Ý³B²z |
| **Flag Status:** | Red |
| **Attachments:** | Pro-Keds Outstanding List .xls |

Hi Kimmy:

Please see updated payment attached.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, June 20, 2007 3:49 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

Sorry for my late reply.  Please check the invoice copy of SH-070046A as attached.  Awaiting your payment schedule.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, June 15, 2007 10:49 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Kimmy:

Please send me a copy of SH-070046 invoice. The payment schedule will advise next week.

Thanks,

Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, June 15, 2007 2:55 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng; Melissa Chorzepa
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

The outstanding list has just been updated for a new invoice (highlighted in pink), please check and confirm the payment schedule.

Thanks & Regards,
Kimmy

---

**From:** (SH-H40) Kimmy Liu
**Sent:** Friday, June 15, 2007 2:02 PM
**To:** Endurance / Connie Kong
**Cc:** Endurance / Samantha Huang; Endurance / Robert Luo; Endurance / Tom Nastos; '(SHC-100) Paul Tseng'
**Subject:** Payment Schedule

Dear Connie,

Regarding the 70% balance, please confirm if the payment has been made on time as scheduled.

With regards,

Kimmy Liu

Shyang Ho Footwear Co., Ltd.

Tel:886-424072538 ext.601

Fax:886-424077656

<mailto:kimmy@shyangho.com.tw>

1/22/2008

OUTSTANDING STATEMENT - PRO-KEDS AS OF JUN 15, 2007

| FACTORY | PAYMENT | INVOICE | PO# | AMOUNT | ETD | 30% | 30% PAYMENT EXPECTED | 30% PAYMENT SCH. | 70% | 70% PAYMENT EXPECTED | 70% PAYMENT SCH. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SH | OPEN A/C | SH-060824 | 715,716,717,718,719 720,721,723 | 216,363.48 | 12/24/2006 | 64,909.04 | PAID | 3/13 | 151,454.44 | | 6/25-6/29 |
| SH | OPEN A/C | SH-060825 | 751 | 28,767.60 | 1/3/2007 | 8,630.28 | PAID | 1/2 | 20,137.32 | | 7/9-7/13 |
| SH | OPEN A/C | SH-060826 | 742, 744, 746, 747 | 137,895.60 | 1/7/2007 | 41,368.68 | PAID | 1/2 | 96,526.92 | | 7/2-7/6 |
| SH | OPEN A/C | SH-070006 | 714, 715, 716, 717, 718, 719,720, 721 805, 806, 807 | 2,876.52 | 1/20/2007 | 2,474.88 | PAID | 3/13 | 401.64 | | 7/9-7/13 |
| SH | OPEN A/C | SH-070046A | 1127 | 94,26 | 5/30/2007 | | | | | | 7/9-7/13 |
| | | | | 385,997.46 | | 117,382.88 | PAID | | 268,614.58 | PAID | |

SH-070006 partial payment $1,611.92 on 3/28

(included 6prs/$94.26)

| | |
|---|---|
| **From:** | Robert Luo [robert.luo@endurance1914.com] |
| **Sent:** | Wednesday, August 01, 2007 8:46 AM |
| **To:** | (SH-H40) Kimmy Liu; Tom Nastos; Connie Kong |
| **Cc:** | (SHC-100) Paul Tseng |
| **Subject:** | RE: Payment Schedule (updated) |
| **Follow Up Flag:** | «Ŷ³B²z |
| **Flag Status:** | Red |

Kimmy,

I try my best to arrange some.

Thanks.

Robert

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, August 01, 2007 3:28 AM
**To:** Tom Nastos; Connie Kong
**Cc:** Robert Luo; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Tom,

Can we expect to receive all of the balances ($268,614.58) within this week?  We look forward to hearing the positive answer from you.

Tks & rgds,
Kimmy

---

**From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
**Sent:** Monday, July 16, 2007 10:36 PM
**To:** (SH-H40) Kimmy Liu; Connie Kong
**Cc:** Robert Luo; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

1/22/2008

Kimmy ,

back in NYC this week. Will review balance and will advise towards the end of the week.

Send my best to Paul.

Tom Nastos

-----Original Message-----
**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Monday, July 16, 2007 3:09 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

Please advise the payment status.

Rgds,
Kimmy

**From:** (SH-H40) Kimmy Liu
**Sent:** Tuesday, July 03, 2007 3:06 PM
**To:** 'Connie Kong'
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Connie,

Please confirm if you have made remittance on Jun/29 as scheduled?

Rgds,
Kimmy

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Thursday, June 21, 2007 4:42 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Kimmy:

Please see updated payment attached.

Thanks,
Connie

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]

1/22/2008

**Sent:** Wednesday, June 20, 2007 3:49 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

Sorry for my late reply.  Please check the invoice copy of SH-070046A as attached.  Awaiting your payment schedule.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, June 15, 2007 10:49 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Kimmy:

Please send me a copy of SH-070046 invoice. The payment schedule will advise next week.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, June 15, 2007 2:55 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng; Melissa Chorzepa
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

The outstanding list has just been updated for a new invoice (highlighted in pink), please check and confirm the payment schedule.

Thanks & Regards,
Kimmy

---

**From:** (SH-H40) Kimmy Liu
**Sent:** Friday, June 15, 2007 2:02 PM
**To:** Endurance / Connie Kong
**Cc:** Endurance / Samantha Huang; Endurance / Robert Luo; Endurance / Tom Nastos; '(SHC-100) Paul Tseng'
**Subject:** Payment Schedule

Dear Connie,

Regarding the 70% balance, please confirm if the payment has been made on time as scheduled.

With regards,

Kimmy Liu
Shyang Ho Footwear Co., Ltd.
Tel:886-424072538 ext.601
Fax:886-424077656
<mailto:kimmy@shyangho.com.tw>

1/22/2008

**Cunningham, Ryan**

| | |
|---|---|
| **From:** | Tom Nastos [tom.nastos@endurance1914.com] |
| **Sent:** | Wednesday, August 01, 2007 1:45 PM |
| **To:** | (SH-H40) Kimmy Liu; Connie Kong |
| **Cc:** | Robert Luo; (SHC-100) Paul Tseng |
| **Subject:** | RE: Payment Schedule (updated) |
| **Follow Up Flag:** | «Ŷ³B²z |
| **Flag Status:** | Red |

Kimmy ,

Hi ,

I am currently at the WSA in L.Vegas. I will discuss with Robert/Jennifer to clean-up these balances.

Right now focused on getting future orderers for all of us. Will advise end of week.

all the Best ,

Tom Nastos

> -----Original Message-----
> **From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
> **Sent:** Wednesday, August 01, 2007 3:28 AM
> **To:** Tom Nastos; Connie Kong
> **Cc:** Robert Luo; (SHC-100) Paul Tseng
> **Subject:** RE: Payment Schedule (updated)
>
> Dear Tom,
>
> Can we expect to receive all of the balances ($268,614.58) within this week?  We look forward to hearing the positive answer from you.
>
> Tks & rgds,
> Kimmy

> **From:** Tom Nastos [mailto:tom.nastos@endurance1914.com]
> **Sent:** Monday, July 16, 2007 10:36 PM
> **To:** (SH-H40) Kimmy Liu; Connie Kong
> **Cc:** Robert Luo; (SHC-100) Paul Tseng
> **Subject:** RE: Payment Schedule (updated)
>
> Kimmy ,
>
> back in NYC this week. Will review balance and will advise towards the end of the week.

1/22/2008

Send my best to Paul.


Tom Nastos

-----Original Message-----
**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Monday, July 16, 2007 3:09 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

Please advise the payment status.

Rgds,
Kimmy

**From:** (SH-H40) Kimmy Liu
**Sent:** Tuesday, July 03, 2007 3:06 PM
**To:** 'Connie Kong'
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Connie,

Please confirm if you have made remittance on Jun/29 as scheduled?

Rgds,
Kimmy

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Thursday, June 21, 2007 4:42 AM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Kimmy:

Please see updated payment attached.

Thanks,
Connie

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Wednesday, June 20, 2007 3:49 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

Sorry for my late reply. Please check the invoice copy of SH-070046A as attached. Awaiting your payment schedule.

With regards,
Kimmy

---

**From:** Connie Kong [mailto:connie@endurance1914.com]
**Sent:** Friday, June 15, 2007 10:49 PM
**To:** (SH-H40) Kimmy Liu
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng
**Subject:** RE: Payment Schedule (updated)

Hi Kimmy:

Please send me a copy of SH-070046 invoice. The payment schedule will advise next week.

Thanks,
Connie

---

**From:** (SH-H40) Kimmy Liu [mailto:kimmy@shyangho.com.tw]
**Sent:** Friday, June 15, 2007 2:55 AM
**To:** Connie Kong
**Cc:** Robert Luo; Tom Nastos; (SHC-100) Paul Tseng; Melissa Chorzepa
**Subject:** RE: Payment Schedule (updated)

Dear Connie,

The outstanding list has just been updated for a new invoice (highlighted in pink), please check and confirm the payment schedule.

Thanks & Regards,
Kimmy

---

**From:** (SH-H40) Kimmy Liu
**Sent:** Friday, June 15, 2007 2:02 PM
**To:** Endurance / Connie Kong
**Cc:** Endurance / Samantha Huang; Endurance / Robert Luo; Endurance / Tom Nastos; '(SHC-100) Paul Tseng'
**Subject:** Payment Schedule

Dear Connie,

Regarding the 70% balance, please confirm if the payment has been made on time as scheduled.

With regards,

Kimmy Liu
Shyang Ho Footwear Co., Ltd.
Tel:886-424072538 ext.601
Fax:886-424077656
<mailto:kimmy@shyangho.com.tw>