# FENSTERSTOCK & PARTNERS LLP

30 WALL STREET
NEW YORK, NY 10005
(212) 785-4100
FAX (212) 785-4040
WWW.FENSTERSTOCK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

July 3, 2008



**Via Hand Delivery**

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 650
New York, NY 10007

　　　　Re:　*Fresh To Death, LLC v. Shyang Ho Footwear Co., Ltd.*
　　　　　　Civ. Action No. 08-5147

Dear Judge Berman:

　　We represent the Defendant in the above referenced matter. Currently, a Pretrial Conference is scheduled before Your Honor for Wednesday, July 9, 2008, at 9:00 a.m. However, because I will be traveling and out of the country on that date, we respectfully request a short adjournment of the conference until July 30, 2008. This is Defendant's first request for an adjournment and counsel for Plaintiff has consented to an adjournment of the conference

　　We have attached a proposed order concerning the adjournment for Your Honor's consideration.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　Blair C. Fensterstock

cc:　　Martin S. Rapaport, Esq. (*via facsimile and* ████)

**MEMO ENDORSED**

Application granted. Conference adjourned to 7/30/08 at 9:00 a.m.

SO ORDERED:
Date: 7/3/08
Richard M. Berman, U.S.D.J.