ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Civil Action No. 08-5147
FRESH TO DEATH, LLC,
                                                                     ECF CASE
                         Plaintiff,

            - against -                                              **NOTICE OF MOTION
                                                                     TO ADMIT COUNSEL
SHYANG HO FOOTWEAR LTD.,                                             *PRO HAC VICE*

                         Defendant.
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that, upon the annexed affidavits of Blair C. Fensterstock, Esq., Colin J. Zick, Esq., Ryan Cunningham, Esq., and the exhibits attached thereto, Defendant Shyang Ho Footwear, Ltd., by and through its undersigned counsel, will move this Court at the Courthouse, 500 Pearl Street, Courtroom 21D, New York, New York, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court, admitting Colin J. Zick, Esq. and Ryan Cunningham, Esq. *pro hac vice* in connection with the above-captioned action, and for such other and further relief as the Court may deem just and proper.

Date:   New York, New York
        July 22, 2008

                                        FENSTERSTOCK & PARTNERS LLP

                                        _____
                                        Blair C. Fensterstock (BF-2020)

                                        30 Wall Street
                                        New York, New York 10005
                                        (212) 785-4100
                                        *Attorneys for Defendant Shyang Ho Footwear, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRESH TO DEATH, LLC,   Civil Action No. 08-5147

                              Plaintiff,   ECF CASE

       - against -   **AFFIDAVIT OF BLAIR C. FENSTERSTOCK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

SHYANG HO FOOTWEAR LTD.,

                             Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

    BLAIR C. FENSTERSTOCK, being duly sworn, hereby deposes and says:

    1.    I am Managing Partner of the law firm of Fensterstock & Partners, LLP, attorneys for Defendant Shyang Ho Footwear Ltd. I submit this affidavit in support of Defendant's Motion to Admit Colin J. Zick, Esq. and Ryan Cunningham, Esq. ("the Applicants") *pro hac vice* in connection with this action pursuant to Local Civil Rule 1.3(c).

    2.    By reputation and experience, I know the Applicants to be attorneys of good character, competence and experience, and am confident that they will conduct themselves accordingly before this Court.

    3.    In connection with this application, I am submitting the Applicants' own affidavits in which each describes his familiarity with the Judicial Code governing practice in the United States District Courts, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, and Local Rules governing practice in this Court. Attached as exhibits to the Applicants' affidavits are Certificates of Good Standing issued within the last thirty days from the State Bars of Massachusetts and New Hampshire.

4.   For the foregoing reasons, I respectfully request that Defendant's motion be granted. For the Court's convenience, a proposed order granting the motion to admit the Applicants *pro hac vice* is annexed hereto as Exhibit A.

*/s/ Blair C. Fensterstock*
Blair C. Fensterstock

Subscribed and sworn to before me
this 22nd day of July, 2008.

*/s/ Janet Sanchez*
Notary Public

JANET SANCHEZ
NOTARY PUBLIC, State of New York
No. 01SA6072349
Qualified in Kings County
Commission Expires 04/01/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FRESH TO DEATH, LLC,

                      Plaintiff,

- against -

SHYANG HO FOOTWEAR LTD.,

                      Defendant.
-----------------------------------------------------------------------x

Civil Action No. 08-5147

ECF CASE

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

      This matter having been brought before the Court by Defendant Shyang Ho Footwear Ltd., through their counsel Fensterstock & Partners LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Colin J. Zick, Esq. and Ryan Cunningham, Esq., *pro hac vice*, on notice to all parties of record hereto, and the Court having reviewed and considered the papers filed in support of this Motion, it is hereby

      ORDERED that Colin J. Zick, Esq. and Ryan Cunningham, Esq. be and hereby are admitted *pro hac vice* in connection with this action and shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of this Court in accordance with Local Civil Rule 1.5.

SO ORDERED.

_____
                    U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FRESH TO DEATH, LLC,                          Civil Action No. 08-5147

                                     Plaintiff,          ECF CASE

          - against -                                  **AFFIDAVIT OF**
                                                    **COLIN J. ZICK**

SHYANG HO FOOTWEAR LTD.,

                                     Defendant.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                                )   ss.:
COUNTY OF NEW YORK  )

       COLIN J. ZICK, being duly sworn, hereby deposes and says as follows:

       1.     I am an attorney with the law firm Foley Hoag, LLP, and am co-counsel for Defendant Shyang Ho Footwear Ltd. in this matter. My current office address is 155 Seaport Blvd., Boston, MA 02210.

       2.     I submit this Affidavit in support of Defendant's Motion to Admit Counsel *Pro Hac Vice* in connection with the above-captioned matter.

       3.     I have been admitted to practice law in the Commonwealth of Massachusetts since 1990 and in the State of New Hampshire since 2004. As shown in the Certificates of Good Standing annexed hereto as Exhibits A and B, I am currently a member in good standing of the Bar of the Commonwealth of Massachusetts and the Bar of the State of New Hampshire.

       4.     I have been admitted to practice in the following courts: Commonwealth of Massachusetts, State of New Hampshire, United States District Court for the District of Massachusetts, United States District Court for the District of New Hampshire, United States

Court of Appeals for the First Circuit and the United States Court of Appeals for the Ninth Circuit.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

DATED this 21 day of July, 2008.

_____
Colin J. Ziek

Subscribed and sworn to before me
this 21st day of July, 2008.

_____
Notary Public

PATRICIA F. KELLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 13, 2011

# The State of New Hampshire
## Supreme Court

**Be it Remembered,**

That at the _____October_____ Session, 20_04 term___ of the Supreme Court, held at Concord, within and for The State of New Hampshire, __Colin Jay Zick_____, Esquire, of __Boston_____ in the County of __Suffolk, Massachusetts____ having been found qualified for admission to the bar, in accordance with the Rules of Court, and having in open Court, on the _____twenty-sixth_____ day of _____October_____ 20_04____, subscribed and taken the oath to support the Constitution of the United States of America, the oath of allegiance to the State of New Hampshire and the oath of office, **was admitted to practice as an attorney** in the Courts of this State and remains in good standing in so far as the records of this office disclose.

**In Testimony Whereof,** I have hereunto set my hand, and affixed the seal of said Court, this _____15th_____ day of _____July_____ 20_08____

_____*Eileen Fox*_____ Clerk.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

**Colin J. Zick**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRESH TO DEATH, LLC,                        Civil Action No. 08-5147

                        Plaintiff,          ECF CASE

     - against -                              **AFFIDAVIT OF
                                                 RYAN CUNNINGHAM**
SHYANG HO FOOTWEAR LTD.,

                        Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

     RYAN CUNNINGHAM, being duly sworn, hereby deposes and says as follows:

     1.    I am an attorney with the law firm Foley Hoag, LLP, co-counsel for Defendant Shyang Ho Footwear Ltd. in this matter. My current office address is 155 Seaport Blvd., Boston, MA 02210.

     2.    I submit this Affidavit in support of Defendant's Motion to Admit Counsel *Pro Hac Vice* in connection with the above-captioned matter.

     3.    I have been admitted to practice law in the Commonwealth of Massachusetts since 2004. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am currently a member in good standing of the Bar of the Commonwealth of Massachusetts.

     4.    I have been admitted to practice in the following courts: Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

     5.    There are no pending disciplinary proceedings against me in any state or federal court.

6. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

DATED this 21st day of July, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ryan Cunningham

Subscribed and sworn to before me
this 21st day of July, 2008.

_____
Notary Public

PATRICIA F. KELLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 12, 2011

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Ryan Cunningham**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

<u>Certificate of Service</u>

I hereby certify that I caused a true copy of the foregoing **DEFENDANT SHYANG HO FOOTWEAR LTD'S NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF BLAIR C. FENSTERSTOCK, AFFIDAVIT OF RYAN CUNNINGHAM,** and **AFFIDAVIT OF COLIN J. ZICK**, to be served by Overnight Courier Service on the attorneys of record to the within action (No. 08 CV 5147 (RMB)(HP)) on this 22 day of July, 2008.

Martin S. Rapaport, Esq.
18 East 48th Street
New York, NY 10017

_____
Blair C. Fensterstock (BF-2020)