```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRESH TO DEATH, LLC,

                              Plaintiff,

    - against -

SHYANG HO FOOTWEAR LTD.,

                              Defendant.
------------------------------------------------------------------x

Civil Action No. 08-5147

ECF CASE

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter having been brought before the Court by Defendant Shyang Ho Footwear Ltd., through their counsel Fensterstock & Partners LLP, by motion pursuant to Local Civil Rule 1.3(c) for an order admitting Colin J. Zick, Esq. and Ryan Cunningham, Esq., *pro hac vice*, on notice to all parties of record hereto, and the Court having reviewed and considered the papers filed in support of this Motion, it is hereby

ORDERED that Colin J. Zick, Esq. and Ryan Cunningham, Esq. be and hereby are admitted *pro hac vice* in connection with this action and shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of this Court in accordance with Local Civil Rule 1.5.

*Subject to payment of fees to Clerk.*

SO ORDERED.

                                                        *RMB*
                                            _____
                                                     U.S.D.J.

                                                     7/28/08