UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRESH TO DEATH,

                         Plaintiffs,

      -against-

                                                          08 **CIVIL** 5147 (RMB)(HBP)

SHYANG HO FOOTWEAR,

                         Defendants.
------------------------------------------------------------------x

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | _____ | Particular Motion:_____ |
| | | | All Such Motions: _____ |

*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       July 30, 2008

                                                     _/s/ RMB_____
                                                     **RICHARD M. BERMAN**
                                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2008