UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Fresh to Death, LLC
                    Plaintiff(s),

- v -

Shyang Ho Footwear Ltd
                    Defendant(s).
------------------------------------------------------X

**Case Management Plan**

08 CV. 5147 (RMB)

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be **expeditiously** completed by 12/1/08 (Fact + Expert)

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions 10/2/08 @ 2:30 pm with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions See Court's Rules

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other Discovery issues to Magistrate Pitman

SO ORDERED: New York, New York
                    7/30/08

                                                                    RMB
                                                    Hon. Richard M. Berman, U.S.D.J.